UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| PEDRO ROCHA, | : | |
| Plaintiff, | : | |
| -against- | : | 26-cv-5552 |
| SHUTTERSTOCK, INC., | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**COMPLAINT**

Plaintiff Pedro Rocha ("Rocha"), by his undersigned attorneys, for his complaint against defendant Shutterstock, Inc. ("Shutterstock"), alleges:

**Nature of the Action**

1. Rocha is bringing this action because Shutterstock has infringed at least 45 of Rocha's registered copyrights in his photographs, in violation of 17 U.S.C. § 501.

**The Parties to this Action**

2. Rocha is a natural person, and citizen and resident of the nation of Portugal. Rocha is a distinguished photographer, whose work has been published in major publications, such as *The Wall Street Journal*.

3. Shutterstock is a Delaware corporation, with its principal place of business in New York, New York. Shutterstock is a content agency that maintains a library of over 450 million images, serving customers in over 150 countries.

**Jurisdiction and Venue**

4. The Court has subject matter jurisdiction over Rocha's claim in this action pursuant to 28 U.S.C. §§ 1331 and 1338 because that claim arises under the Copyright Act.

5. Venue in this Court is proper under 28 U.S.C. § 1391.

6. This Court has personal jurisdiction over Shutterstock pursuant to New York CPLR § 301 because, among other things, Shutterstock has its principal place of business in New York, New York.

## **Background of this Action**

### **A. Rocha's Copyrights**

7. Rocha trained at the Portuguese Institute of Photography in Oporto and the Black Camera in Bilbao, Spain.

8. Currently, Rocha works as a freelancer, taking assignments from news agencies, magazines, and newspapers.

9. From approximately 2011 through 2024, Rocha's work included freelance assignments for the Portuguese-based company Global Noticias – Agencia De Informacao E Imagens, S.A. ("Global Imagens"). As a freelance photojournalist, Rocha personally bought and paid for his photographic equipment, including cameras and lenses, without expecting or receiving any reimbursement.

10. Between November 2, 2023, and December 17, 2023, Rocha created 646 photographs which Rocha registered with the United States Copyright Office and for which he has received from the Register of Copyrights Certificate of Copyright Registration VA-2-403-072, effective February 28, 2024 (the "'072 Registration"). A copy of the '072 Registration is attached as Exhibit A. Thumbnails of the 646 deposits for the '072 Registration are attached as Exhibit B. (The copyrights that are the subject of the '072 Registration are collectively the "Rocha Registered Copyrights.")

**B. Global Imagens' Limited License to Use The Rocha Registered Copyrights**

11. While Rocha provided copies of the photographs that are the subject of the Rocha Registered Copyrights to Global Imagens, Rocha did not transfer his rights in the Rocha Registered Copyrights to Global Imagens.

12. While Rocha understood that Global Imagens would make the photographs that Rocha created available for a limited time to Global Imagens' end users, through Global Imagens' website, Rocha understood that, under Portuguese law, absent a legally sufficient writing to the contrary, Rocha would own the copyright in the photographs he created for Global Imagens.

13. Pursuant to Fed. R. Civ. P. 44.1, under Portuguese law, specifically Articles 11 and 13 of the Portuguese Copyright and Related Rights Code, Rocha owned the copyright in those more than 646 photographs upon their creation because no written agreement, or other written transfer, provided that Global Imagens would own them. Article 11, as machine translated, provides "The copyright belongs to the intellectual creator of the work, unless expressly provided otherwise." Article 13, as machine translated, provides "Whoever subsidizes or finances in any way, totally or partially, the preparation, conclusion, publication or disclosure of a work does not acquire for that fact, unless otherwise agreed in writing, any of the powers included in copyright."

14. Pursuant to Fed R. Civ. P. 44.1, Portuguese law protected copyright owners from the unintended assignment of their copyrights. Under Clause 8 of Article 44 of the Portuguese Copyright and Related Rights Code, Rocha had the right to avoid any assignment of these copyrights except "by public deed, identifying the work and stating the agreed price, under penalty of nullity."

**C. <u>Global Imagens' Unauthorized Distribution To Atlantico Press</u>**

15. Rocha did not authorize Global Imagens to sublicense any photography database entities, including the Portuguese photography database entity Atlantico Presse, Comunicacao e Imagem, Lda. ("Atlantico Press") or Shutterstock, to copy, publicly display, or distribute the photographs that are the subject of the Rocha Registered Copyrights.

16. Upon information and belief, Global Imagens indirectly distributed a vast database of photographs to Shutterstock by entering into an agreement through which Global Imagens purported to license the photographs to Atlantico Press, and Atlantico Press purported to license the photographs to Shutterstock (the "Global Imagens/Atlantico Press/Shutterstock Contracts").

17. Upon information and belief, the Global Imagens/Atlantico Press/Shutterstock Contracts included at least some of the photographs that are the subject of the Rocha Registered Copyrights.

18. Upon information and belief, Shutterstock employs individuals to review and curate its database of photographs, including certain photographs that are the subject of the Rocha Registered Copyrights, to ensure the photographs meet certain artistic and journalistic standards, and contain subject matter that Shutterstock believes will be of value to its customers.

**D. <u>Shutterstock's Infringing Use of Rocha's Photographs</u>**

19. Shutterstock has, without authorization, reproduced, publicly displayed on the Internet, and offered for sale, through its website, licenses for, and copies of, at least 45 of the photographs that are the subject of the Rocha Registered Copyrights. A copy of screenshots of the Shutterstock website displaying 45 of the photographs that are the subject of the '072 Registration is attached as Exhibit C. Of the 45 screenshots in Exhibit C, 12 are for photographs that Rocha registered in the '072 Registration within 90 days of publication.

20. Upon information and belief, Shutterstock has sold a license for, or a copy of, at least one of the photographs that are the subject of the Rocha Registered Copyrights to other third parties, whose identities and locations are currently unknown to Rocha.

**A CLAIM FOR RELIEF**
**(Copyright Infringement)**

21. Rocha incorporates by reference each allegation contained in paragraphs 1 through 20 as if set forth in full.

22. Rocha owns the Rocha Registered Copyrights.

23. The Rocha Registered Copyrights are valid and enforceable.

24. The ‘072 Registration is valid and enforceable.

25. Upon information and belief, Shutterstock infringed certain of the Rocha Registered Copyrights by making, publicly displaying and/or distributing a copy of at least 45 of the photographs that are the subject of the Rocha Registered Copyrights in connection with offering to sell, on its website, a license in violation of 17 U.S.C. § 106. At least 12 of these Rocha Registered Copyrights were registered within three months of their first publication, and therefore eligible for any award of statutory damages, consistent with 17 U.S.C. § 412.

26. Shutterstock's use of the Rocha Registered Copyrights is not a "fair use" within the meaning of 17 U.S.C. § 107 because, among other reasons, the use by Shutterstock (a) is for commercial purposes and (b) impairs the market for the Rocha Registered Copyrights.

27. As a direct result of the infringement of the Rocha Registered Copyrights, Rocha is entitled, pursuant to 17 U.S.C. § 504(b), to his damages and/or Shutterstock's profits from the infringement. Alternatively, at his election, Rocha is entitled to statutory damages pursuant to 17 U.S.C. § 504(c).

28. Rocha has no adequate remedy at law for future infringements of the Rocha Registered Copyrights. Rocha is therefore entitled to an injunction restraining Shutterstock from further infringing the Rocha Registered Copyrights.

WHEREFORE, Rocha demands judgment:

A. Finding that Shutterstock infringed the Rocha Registered Copyrights in violation of 17 U.S.C. § 106;

B. Enjoining Shutterstock, its officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with any of them, preliminarily and/or permanently, from infringing the Rocha Registered Copyrights, pursuant to 17 U.S.C. § 501;

C. Awarding Rocha his damages and/or the profits of Shutterstock or, at his election, statutory damages, from the infringement pursuant to 17 U.S.C. § 504;

D. Granting Rocha his costs, including reasonable attorneys' fees pursuant to 17 U.S.C. § 505;

E. Granting Rocha pre-judgment interest as allowed by law; and

F. Granting Rocha such other and further relief as is just and proper.

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Rocha hereby demands a

trial by jury of all issues in this action that are so triable.

Dated: New York, New York
June 30, 2026

DUNNEGAN & SCILEPPI LLC

By *s/Laura Scileppi*
William Dunnegan (WD9316)
wd@dunnegan.com
Laura Scileppi (LS0114)
ls@dunnegan.com
Attorneys for Plaintiff
Pedro Rocha
437 Madison Avenue, 24th Floor
New York, New York 10022
(212) 332-8300