# **Exhibit A**

**Registration Number**
**VA 2-403-072**
**Effective Date of Registration:**
February 28, 2024
**Registration Decision Date:**
July 15, 2024

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** November 02, 2023 to December 17, 2023

### Title

**Title of Group:** 3PR2023
**Number of Photographs in Group:** 646

- **Individual Photographs:** 3PR2023_001,
3PR2023_002,
3PR2023_003,
3PR2023_004,
3PR2023_005,
3PR2023_006,
3PR2023_007,
3PR2023_008,
3PR2023_009,
3PR2023_010,
3PR2023_011,
3PR2023_012,
3PR2023_013,
3PR2023_014,
3PR2023_015,
3PR2023_016,
3PR2023_017,
3PR2023_018,
3PR2023_019,
3PR2023_020,
3PR2023_021,
3PR2023_022,
3PR2023_023,
3PR2023_024,
3PR2023_025,
3PR2023_026,
3PR2023_027,
3PR2023_028,
3PR2023_029,
3PR2023_030,
3PR2023_031,
3PR2023_032,
3PR2023_033,

3PR2023_034,
3PR2023_035,
3PR2023_036,
3PR2023_037,
3PR2023_038,
3PR2023_039,
3PR2023_040,
3PR2023_041,
3PR2023_042,
3PR2023_043,
3PR2023_044,
3PR2023_045,
3PR2023_046,
3PR2023_047,
3PR2023_048,
3PR2023_049,
3PR2023_050,
3PR2023_051,
3PR2023_052,
3PR2023_053,
3PR2023_054,
3PR2023_055,
3PR2023_056,
3PR2023_057,
3PR2023_058,
3PR2023_059,
3PR2023_060,
3PR2023_061,
3PR2023_062,
3PR2023_063,
3PR2023_064,
3PR2023_065,
3PR2023_066,
3PR2023_067,
3PR2023_068,
3PR2023_069,
3PR2023_070,
3PR2023_071,
3PR2023_072,
3PR2023_073,
3PR2023_074,
3PR2023_075,
3PR2023_076,
3PR2023_077,
3PR2023_078,
3PR2023_079,
3PR2023_080,
3PR2023_081,
3PR2023_082,
3PR2023_083,
3PR2023_084,
3PR2023_085,
3PR2023_086,
3PR2023_087,
3PR2023_088,
3PR2023_089,
3PR2023_090,
3PR2023_091,

3PR2023_092,
3PR2023_093,
3PR2023_094,
3PR2023_095,
3PR2023_096,
3PR2023_097,
3PR2023_098,
3PR2023_099,
3PR2023_100,

**Published:** November 2023

- **Individual Photographs:** 3PR2023_101,
3PR2023_102,
3PR2023_103,
3PR2023_104,
3PR2023_105,
3PR2023_106,
3PR2023_107,
3PR2023_108,
3PR2023_109,
3PR2023_110,
3PR2023_111,
3PR2023_112,
3PR2023_113,
3PR2023_114,
3PR2023_115,
3PR2023_116,
3PR2023_117,
3PR2023_118,
3PR2023_119,
3PR2023_120,
3PR2023_121,
3PR2023_122,
3PR2023_123,
3PR2023_124,
3PR2023_125,
3PR2023_126,
3PR2023_127,
3PR2023_128,
3PR2023_129,
3PR2023_130,
3PR2023_131,
3PR2023_132,
3PR2023_133,
3PR2023_134,
3PR2023_135,
3PR2023_136,
3PR2023_137,
3PR2023_138,
3PR2023_139,
3PR2023_140,
3PR2023_141,
3PR2023_142,
3PR2023_143,
3PR2023_144,
3PR2023_145,
3PR2023_146,
3PR2023_147,

3PR2023_148,
3PR2023_149,
3PR2023_150,
3PR2023_151,
3PR2023_152,
3PR2023_153,
3PR2023_154,
3PR2023_155,
3PR2023_156,
3PR2023_157,
3PR2023_158,
3PR2023_159,
3PR2023_160,
3PR2023_161,
3PR2023_162,
3PR2023_163,
3PR2023_164,
3PR2023_165,
3PR2023_166,
3PR2023_167,
3PR2023_168,
3PR2023_169,
3PR2023_170,
3PR2023_171,
3PR2023_172,
3PR2023_173,
3PR2023_174,
3PR2023_175,
3PR2023_176,
3PR2023_177,
3PR2023_178,
3PR2023_179,
3PR2023_180,
3PR2023_181,
3PR2023_182,
3PR2023_183,
3PR2023_184,
3PR2023_185,
3PR2023_186,
3PR2023_187,
3PR2023_188,
3PR2023_189,
3PR2023_190,
3PR2023_191,
3PR2023_192,
3PR2023_193,
3PR2023_194,
3PR2023_195,
3PR2023_196,
3PR2023_197,
3PR2023_198,
3PR2023_199,
3PR2023_200,

**Published:** November 2023

- **Individual Photographs:** 3PR2023_201,
3PR2023_202,
3PR2023_203,

3PR2023_204,
3PR2023_205,
3PR2023_206,
3PR2023_207,
3PR2023_208,
3PR2023_209,
3PR2023_210,
3PR2023_211,
3PR2023_212,
3PR2023_213,
3PR2023_214,
3PR2023_215,
3PR2023_216,
3PR2023_217,
3PR2023_218,
3PR2023_219,
3PR2023_220,
3PR2023_221,
3PR2023_222,
3PR2023_223,
3PR2023_224,
3PR2023_225,
3PR2023_226,
3PR2023_227,
3PR2023_228,
3PR2023_229,
3PR2023_230,
3PR2023_231,
3PR2023_232,
3PR2023_233,
3PR2023_234,
3PR2023_235,
3PR2023_236,
3PR2023_237,
3PR2023_238,
3PR2023_239,
3PR2023_240,
3PR2023_241,
3PR2023_242,
3PR2023_243,
3PR2023_244,
3PR2023_245,
3PR2023_246,
3PR2023_247,
3PR2023_248,
3PR2023_249,
3PR2023_250,
3PR2023_251,
3PR2023_252,
3PR2023_253,
3PR2023_254,
3PR2023_255,
3PR2023_256,
3PR2023_257,
3PR2023_258,
3PR2023_259,
3PR2023_260,
3PR2023_261,

3PR2023_262,
3PR2023_263,
3PR2023_264,
3PR2023_265,
3PR2023_266,
3PR2023_267,
3PR2023_268,
3PR2023_269,
3PR2023_270,
3PR2023_271,
3PR2023_272,
3PR2023_273,
3PR2023_274,
3PR2023_275,
3PR2023_276,
3PR2023_277,
3PR2023_278,
3PR2023_279,
3PR2023_280,
3PR2023_281,
3PR2023_282,
3PR2023_283,
3PR2023_284,
3PR2023_285,
3PR2023_286,
3PR2023_287,
3PR2023_288,
3PR2023_289,
3PR2023_290,
3PR2023_291,
3PR2023_292,
3PR2023_293,
3PR2023_294,
3PR2023_295,
3PR2023_296,
3PR2023_297,
3PR2023_298,
3PR2023_299,
3PR2023_300,

**Published:** November 2023

- **Individual Photographs:** 3PR2023_301,
3PR2023_302,
3PR2023_303,
3PR2023_304,
3PR2023_305,
3PR2023_306,
3PR2023_307,
3PR2023_308,
3PR2023_309,
3PR2023_310,
3PR2023_311,
3PR2023_312,
3PR2023_313,
3PR2023_314,
3PR2023_315,
3PR2023_316,
3PR2023_317,

3PR2023_318,
3PR2023_319,
3PR2023_320,
3PR2023_321,
3PR2023_322,
3PR2023_323,
3PR2023_324,
3PR2023_325,
3PR2023_326,
3PR2023_327,
3PR2023_328,
3PR2023_329,
3PR2023_330,
3PR2023_331,
3PR2023_332,
3PR2023_333,
3PR2023_334,
3PR2023_335,
3PR2023_336,
3PR2023_337,
3PR2023_338,
3PR2023_339,
3PR2023_340,
3PR2023_341,
3PR2023_342,
3PR2023_343,
3PR2023_344,
3PR2023_345,
3PR2023_346,
3PR2023_347,
3PR2023_348,
3PR2023_349,
3PR2023_350,
3PR2023_351,
3PR2023_352,
3PR2023_353,
3PR2023_354,
3PR2023_355,
3PR2023_356,
3PR2023_357,
3PR2023_358,
3PR2023_359,
3PR2023_360,
3PR2023_361,
3PR2023_362,
3PR2023_363,
3PR2023_364,
3PR2023_365,
3PR2023_366,
3PR2023_367,
3PR2023_368,
3PR2023_369,
3PR2023_370,
3PR2023_371,
3PR2023_372,
3PR2023_373,
3PR2023_374,
3PR2023_375,

| | |
|---|---|
| | 3PR2023_376,<br>3PR2023_377,<br>3PR2023_378,<br>3PR2023_379,<br>3PR2023_380,<br>3PR2023_381,<br>3PR2023_382,<br>3PR2023_383,<br>3PR2023_384,<br>3PR2023_385,<br>3PR2023_386,<br>3PR2023_387,<br>3PR2023_388,<br>3PR2023_389,<br>3PR2023_390,<br>3PR2023_391,<br>3PR2023_392,<br>3PR2023_393,<br>3PR2023_394,<br>3PR2023_395,<br>3PR2023_396,<br>3PR2023_397,<br>3PR2023_398,<br>3PR2023_399,<br>3PR2023_400, |
| **Published:** | November 2023 |
| • **Individual Photographs:** | 3PR2023_401,<br>3PR2023_402,<br>3PR2023_403,<br>3PR2023_404,<br>3PR2023_405,<br>3PR2023_406,<br>3PR2023_407,<br>3PR2023_408,<br>3PR2023_409,<br>3PR2023_410,<br>3PR2023_411,<br>3PR2023_412,<br>3PR2023_413,<br>3PR2023_414,<br>3PR2023_415,<br>3PR2023_416,<br>3PR2023_417,<br>3PR2023_418,<br>3PR2023_419,<br>3PR2023_420,<br>3PR2023_421,<br>3PR2023_422,<br>3PR2023_423,<br>3PR2023_424,<br>3PR2023_425,<br>3PR2023_426,<br>3PR2023_427,<br>3PR2023_428,<br>3PR2023_429,<br>3PR2023_430,<br>3PR2023_431, |

3PR2023_432,
3PR2023_433,
3PR2023_434,
3PR2023_435,
3PR2023_436,
3PR2023_437,
3PR2023_438,
3PR2023_439,
3PR2023_440,
3PR2023_441,
3PR2023_442,
3PR2023_443,
3PR2023_444,
3PR2023_445,
3PR2023_446,
3PR2023_447,
3PR2023_448,
3PR2023_449,
3PR2023_450,
3PR2023_451,
3PR2023_452,
3PR2023_453,
3PR2023_454,
3PR2023_455,
3PR2023_456,
3PR2023_457,
3PR2023_458,
3PR2023_459,
3PR2023_460,
3PR2023_461,
3PR2023_462,
3PR2023_463,
3PR2023_464,
3PR2023_465,
3PR2023_466,
3PR2023_467,
3PR2023_468,
3PR2023_469,
3PR2023_470,
3PR2023_471,
3PR2023_472,
3PR2023_473,
3PR2023_474,
3PR2023_475,
3PR2023_476,
3PR2023_477,
3PR2023_478,
3PR2023_479,
3PR2023_480,
3PR2023_481,
3PR2023_482,
3PR2023_483,
3PR2023_484,
3PR2023_485,
3PR2023_486,
3PR2023_487,
3PR2023_488,
3PR2023_489,

3PR2023_490,
3PR2023_491,
3PR2023_492,
3PR2023_493,
3PR2023_494,
3PR2023_495,
3PR2023_496,
3PR2023_497,
3PR2023_498,
3PR2023_499,
3PR2023_500,

**Published:** November 2023

- **Individual Photographs:** 3PR2023_501,
3PR2023_502,
3PR2023_503,
3PR2023_504,
3PR2023_505,
3PR2023_506,
3PR2023_507,
3PR2023_508,
3PR2023_509,
3PR2023_510,
3PR2023_511,
3PR2023_512,
3PR2023_513,
3PR2023_514,
3PR2023_515,
3PR2023_516,
3PR2023_517,
3PR2023_518,
3PR2023_519,
3PR2023_520,
3PR2023_521,
3PR2023_522,
3PR2023_523,
3PR2023_524,
3PR2023_525,
3PR2023_526,
3PR2023_527,
3PR2023_528,
3PR2023_529,
3PR2023_530,
3PR2023_531,
3PR2023_532,
3PR2023_533,
3PR2023_534,
3PR2023_535,
3PR2023_536,
3PR2023_537,
3PR2023_538,
3PR2023_539,
3PR2023_540,
3PR2023_541,
3PR2023_542,
3PR2023_543,
3PR2023_544,
3PR2023_545,

3PR2023_546,
3PR2023_547,
3PR2023_548,
3PR2023_549,
3PR2023_550,
3PR2023_551,
3PR2023_552,
3PR2023_553,
3PR2023_554,
3PR2023_555,
3PR2023_556,
3PR2023_557,
3PR2023_558,
3PR2023_559,
3PR2023_560,
3PR2023_561,
3PR2023_562,
3PR2023_563,
3PR2023_564,
3PR2023_565,
3PR2023_566,
3PR2023_567,
3PR2023_568,

**Published:** November 2023

- **Individual Photographs:** 3PR2023_569,
3PR2023_570,
3PR2023_571,
3PR2023_572,
3PR2023_573,
3PR2023_574,
3PR2023_575,
3PR2023_576,
3PR2023_577,
3PR2023_578,
3PR2023_579,
3PR2023_580,
3PR2023_581,
3PR2023_582,
3PR2023_583,
3PR2023_584,
3PR2023_585,
3PR2023_586,
3PR2023_587,
3PR2023_588,
3PR2023_589,
3PR2023_590,
3PR2023_591,
3PR2023_592,
3PR2023_593,
3PR2023_594,
3PR2023_595,
3PR2023_596,
3PR2023_597,
3PR2023_598,
3PR2023_599,
3PR2023_600,
3PR2023_601,

3PR2023_602,
3PR2023_603,
3PR2023_604,
3PR2023_605,
3PR2023_606,
3PR2023_607,
3PR2023_608,
3PR2023_609,
3PR2023_610,
3PR2023_611,
3PR2023_612,
3PR2023_613,
3PR2023_614,
3PR2023_615,
3PR2023_616,
3PR2023_617,
3PR2023_618,
3PR2023_619,
3PR2023_620,
3PR2023_621,
3PR2023_622,
3PR2023_623,
3PR2023_624,
3PR2023_625,
3PR2023_626,
3PR2023_627,
3PR2023_628,
3PR2023_629,
3PR2023_630,
3PR2023_631,
3PR2023_632,
3PR2023_633,
3PR2023_634,
3PR2023_635,
3PR2023_636,
3PR2023_637,
3PR2023_638,
3PR2023_639,
3PR2023_640,
3PR2023_641,
3PR2023_642,
3PR2023_643,
3PR2023_644,
3PR2023_645,
3PR2023_646,

**Published:** December 2023

## Completion/Publication

**Year of Completion:** 2023
**Earliest Publication Date in Group:** November 02, 2023
**Latest Publication Date in Group:** December 17, 2023
**Nation of First Publication:** not known

## Author

- **Author:** Pedro Rocha
  **Author Created:** photographs
  **Work made for hire:** No
  **Citizen of:** Portugal
  **Domiciled in:** Portugal

## Copyright Claimant

**Copyright Claimant:** Pedro Rocha
Rua Palmira Bastos 12, 1º ESQ, PORTELA-LRS, 2685-225, Portugal

## Rights and Permissions

**Name:** Pedro Rocha
**Email:** pedrohenriquesrocha@gmail.com
**Telephone:** +351919089074
**Address:** Rua Palmira Bastos 12
1º ESQ
PORTELA-LRS 2685-225 Portugal

## Certification

**Name:** Pedro Rocha
**Date:** February 28, 2024

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.