# **Exhibit B**

3PR2023



3PR2023_001




3PR2023_002



3PR2023_003



3PR2023_004



3PR2023_005



3PR2023_006



3PR2023_007



3PR2023_008



3PR2023_009



3PR2023_010



3PR2023_011



3PR2023_012



3PR2023_013



3PR2023_014



3PR2023_015



3PR2023_016



3PR2023_017



3PR2023_018



3PR2023_019



3PR2023_020



3PR2023_021



3PR2023_022



3PR2023_023



3PR2023_024



3PR2023_025

3PR2023


3PR2023_026


3PR2023_027


3PR2023_028


3PR2023_029


3PR2023_030


3PR2023_031


3PR2023_032


3PR2023_033


3PR2023_034


3PR2023_035


3PR2023_036


3PR2023_037


3PR2023_038


3PR2023_039


3PR2023_040


3PR2023_041


3PR2023_042


3PR2023_043


3PR2023_044


3PR2023_045


3PR2023_046


3PR2023_047


3PR2023_048


3PR2023_049


3PR2023_050

3PR2023


3PR2023_051


3PR2023_052


3PR2023_053


3PR2023_054


3PR2023_055


3PR2023_056


3PR2023_057


3PR2023_058


3PR2023_059


3PR2023_060


3PR2023_061


3PR2023_062


3PR2023_063


3PR2023_064


3PR2023_065


3PR2023_066


3PR2023_067


3PR2023_068


3PR2023_069


3PR2023_070


3PR2023_071


3PR2023_072


3PR2023_073


3PR2023_074


3PR2023_075

3PR2023


3PR2023_076


3PR2023_077


3PR2023_078


3PR2023_079


3PR2023_080


3PR2023_081


3PR2023_082


3PR2023_083


3PR2023_084


3PR2023_085


3PR2023_086


3PR2023_087


3PR2023_088


3PR2023_089


3PR2023_090


3PR2023_091


3PR2023_092


3PR2023_093


3PR2023_094


3PR2023_095


3PR2023_096


3PR2023_097


3PR2023_098


3PR2023_099


3PR2023_100

3PR2023


3PR2023_101


3PR2023_102


3PR2023_103


3PR2023_104


3PR2023_105



3PR2023_106


3PR2023_107


3PR2023_108


3PR2023_109


3PR2023_110


3PR2023_111


3PR2023_112


3PR2023_113


3PR2023_114


3PR2023_115


3PR2023_116


3PR2023_117


3PR2023_118


3PR2023_119


3PR2023_120


3PR2023_121


3PR2023_122


3PR2023_123


3PR2023_124


3PR2023_125

3PR2023


3PR2023_126


3PR2023_127


3PR2023_128


3PR2023_129


3PR2023_130


3PR2023_131


3PR2023_132


3PR2023_133


3PR2023_134


3PR2023_135


3PR2023_136


3PR2023_137


3PR2023_138


3PR2023_139


3PR2023_140


3PR2023_141


3PR2023_142


3PR2023_143


3PR2023_144


3PR2023_145


3PR2023_146


3PR2023_147


3PR2023_148


3PR2023_149


3PR2023_150

3PR2023



3PR2023_151



3PR2023_152



3PR2023_153



3PR2023_154



3PR2023_155



3PR2023_156



3PR2023_157



3PR2023_158



3PR2023_159



3PR2023_160



3PR2023_161



3PR2023_162



3PR2023_163



3PR2023_164



3PR2023_165



3PR2023_166



3PR2023_167



3PR2023_168



3PR2023_169



3PR2023_170



3PR2023_171



3PR2023_172



3PR2023_173




3PR2023_174



3PR2023_175


3PR2023_176



3PR2023_177


3PR2023_178


3PR2023_179


3PR2023_180


3PR2023_181


3PR2023_182


3PR2023_183


3PR2023_184


3PR2023_185


3PR2023_186


3PR2023_187


3PR2023_188


3PR2023_189


3PR2023_190


3PR2023_191


3PR2023_192


3PR2023_193


3PR2023_194


3PR2023_195


3PR2023_196


3PR2023_197


3PR2023_198


3PR2023_199


3PR2023_200

3PR2023



3PR2023_201



3PR2023_202



3PR2023_203



3PR2023_204



3PR2023_205



3PR2023_206




3PR2023_207



3PR2023_208



3PR2023_209



3PR2023_210



3PR2023_211



3PR2023_212



3PR2023_213



3PR2023_214



3PR2023_215




3PR2023_216




3PR2023_217



3PR2023_218



3PR2023_219



3PR2023_220



3PR2023_221



3PR2023_222



3PR2023_223



3PR2023_224




3PR2023_225

3PR2023



3PR2023_226



3PR2023_227



3PR2023_228



3PR2023_229



3PR2023_230




3PR2023_231



3PR2023_232



3PR2023_233



3PR2023_234



3PR2023_235



3PR2023_236



3PR2023_237



3PR2023_238



3PR2023_239



3PR2023_240



3PR2023_241



3PR2023_242



3PR2023_243



3PR2023_244



3PR2023_245



3PR2023_246



3PR2023_247



3PR2023_248



3PR2023_249



3PR2023_250

3PR2023



3PR2023_251



3PR2023_252



3PR2023_253




3PR2023_254



3PR2023_255



3PR2023_256




3PR2023_257



3PR2023_258




3PR2023_259



3PR2023_260



3PR2023_261




3PR2023_262




3PR2023_263




3PR2023_264



3PR2023_265



3PR2023_266



3PR2023_267



3PR2023_268




3PR2023_269




3PR2023_270




3PR2023_271



3PR2023_272



3PR2023_273



3PR2023_274



3PR2023_275

3PR2023



3PR2023_276




3PR2023_277




3PR2023_278



3PR2023_279



3PR2023_280



3PR2023_281



3PR2023_282



3PR2023_283




3PR2023_284




3PR2023_285




3PR2023_286



3PR2023_287



3PR2023_288



3PR2023_289



3PR2023_290



3PR2023_291



3PR2023_292



3PR2023_293



3PR2023_294



3PR2023_295



3PR2023_296



3PR2023_297




3PR2023_298




3PR2023_299




3PR2023_300

3PR2023




3PR2023_301




3PR2023_302




3PR2023_303



3PR2023_304



3PR2023_305



3PR2023_306



3PR2023_307



3PR2023_308



3PR2023_309



3PR2023_310




3PR2023_311




3PR2023_312



3PR2023_313



3PR2023_314




3PR2023_315



3PR2023_316



3PR2023_317



3PR2023_318



3PR2023_319




3PR2023_320



3PR2023_321




3PR2023_322




3PR2023_323



3PR2023_324



3PR2023_325

3PR2023


3PR2023_326



3PR2023_327



3PR2023_328



3PR2023_329


3PR2023_330


3PR2023_331


3PR2023_332


3PR2023_333


3PR2023_334


3PR2023_335


3PR2023_336


3PR2023_337



3PR2023_338


3PR2023_339



3PR2023_340



3PR2023_341



3PR2023_342


3PR2023_343


3PR2023_344


3PR2023_345



3PR2023_346


3PR2023_347



3PR2023_348



3PR2023_349



3PR2023_350

3PR2023



3PR2023_351



3PR2023_352



3PR2023_353



3PR2023_354



3PR2023_355




3PR2023_356



3PR2023_357



3PR2023_358



3PR2023_359



3PR2023_360



3PR2023_361



3PR2023_362




3PR2023_363



3PR2023_364



3PR2023_365



3PR2023_366



3PR2023_367



3PR2023_368



3PR2023_369



3PR2023_370



3PR2023_371



3PR2023_372



3PR2023_373



3PR2023_374



3PR2023_375

3PR2023



3PR2023_376



3PR2023_377



3PR2023_378



3PR2023_379



3PR2023_380



3PR2023_381



3PR2023_382



3PR2023_383



3PR2023_384



3PR2023_385



3PR2023_386



3PR2023_387



3PR2023_388



3PR2023_389



3PR2023_390



3PR2023_391



3PR2023_392



3PR2023_393



3PR2023_394



3PR2023_395



3PR2023_396



3PR2023_397



3PR2023_398



3PR2023_399



3PR2023_400

3PR2023




3PR2023_401




3PR2023_402



3PR2023_403



3PR2023_404



3PR2023_405



3PR2023_406



3PR2023_407



3PR2023_408



3PR2023_409



3PR2023_410



3PR2023_411



3PR2023_412



3PR2023_413



3PR2023_414



3PR2023_415



3PR2023_416



3PR2023_417



3PR2023_418



3PR2023_419




3PR2023_420



3PR2023_421



3PR2023_422



3PR2023_423



3PR2023_424



3PR2023_425

3PR2023




3PR2023_426



3PR2023_427



3PR2023_428



3PR2023_429




3PR2023_430




3PR2023_431



3PR2023_432



3PR2023_433



3PR2023_434



3PR2023_435



3PR2023_436



3PR2023_437




3PR2023_438



3PR2023_439




3PR2023_440




3PR2023_441




3PR2023_442



3PR2023_443



3PR2023_444



3PR2023_445



3PR2023_446



3PR2023_447



3PR2023_448



3PR2023_449



3PR2023_450

3PR2023


3PR2023_451


3PR2023_452


3PR2023_453


3PR2023_454


3PR2023_455


3PR2023_456


3PR2023_457


3PR2023_458


3PR2023_459


3PR2023_460


3PR2023_461


3PR2023_462


3PR2023_463


3PR2023_464


3PR2023_465


3PR2023_466


3PR2023_467


3PR2023_468


3PR2023_469


3PR2023_470


3PR2023_471


3PR2023_472


3PR2023_473


3PR2023_474


3PR2023_475

3PR2023


3PR2023_476


3PR2023_477


3PR2023_478


3PR2023_479


3PR2023_480


3PR2023_481


3PR2023_482


3PR2023_483


3PR2023_484


3PR2023_485


3PR2023_486


3PR2023_487


3PR2023_488


3PR2023_489


3PR2023_490


3PR2023_491


3PR2023_492


3PR2023_493


3PR2023_494


3PR2023_495


3PR2023_496


3PR2023_497


3PR2023_498


3PR2023_499


3PR2023_500

3PR2023



3PR2023_501



3PR2023_502



3PR2023_503



3PR2023_504



3PR2023_505




3PR2023_506



3PR2023_507



3PR2023_508



3PR2023_509



3PR2023_510



3PR2023_511



3PR2023_512



3PR2023_513




3PR2023_514




3PR2023_515



3PR2023_516



3PR2023_517



3PR2023_518



3PR2023_519



3PR2023_520



3PR2023_521



3PR2023_522



3PR2023_523



3PR2023_524



3PR2023_525

3PR2023


3PR2023_526


3PR2023_527


3PR2023_528


3PR2023_529



3PR2023_530


3PR2023_531


3PR2023_532


3PR2023_533


3PR2023_534


3PR2023_535


3PR2023_536


3PR2023_537


3PR2023_538


3PR2023_539



3PR2023_540


3PR2023_541


3PR2023_542



3PR2023_543


3PR2023_544


3PR2023_545



3PR2023_546


3PR2023_547


3PR2023_548


3PR2023_549


3PR2023_550

3PR2023


3PR2023_551


3PR2023_552


3PR2023_553


3PR2023_554


3PR2023_555


3PR2023_556


3PR2023_557


3PR2023_558


3PR2023_559


3PR2023_560


3PR2023_561


3PR2023_562


3PR2023_563


3PR2023_564


3PR2023_565


3PR2023_566


3PR2023_567


3PR2023_568


3PR2023_569


3PR2023_570


3PR2023_571


3PR2023_572


3PR2023_573


3PR2023_574


3PR2023_575

3PR2023


3PR2023_576


3PR2023_577


3PR2023_578


3PR2023_579


3PR2023_580


3PR2023_581


3PR2023_582


3PR2023_583


3PR2023_584


3PR2023_585


3PR2023_586


3PR2023_587


3PR2023_588


3PR2023_589


3PR2023_590


3PR2023_591


3PR2023_592


3PR2023_593


3PR2023_594


3PR2023_595


3PR2023_596


3PR2023_597


3PR2023_598


3PR2023_599


3PR2023_600

3PR2023



3PR2023_601



3PR2023_602



3PR2023_603



3PR2023_604



3PR2023_605



3PR2023_606



3PR2023_607



3PR2023_608



3PR2023_609



3PR2023_610



3PR2023_611



3PR2023_612



3PR2023_613



3PR2023_614



3PR2023_615



3PR2023_616



3PR2023_617



3PR2023_618



3PR2023_619



3PR2023_620



3PR2023_621



3PR2023_622



3PR2023_623



3PR2023_624



3PR2023_625

3PR2023



3PR2023_626



3PR2023_627



3PR2023_628



3PR2023_629



3PR2023_630



3PR2023_631



3PR2023_632



3PR2023_633



3PR2023_634



3PR2023_635



3PR2023_636



3PR2023_637



3PR2023_638



3PR2023_639



3PR2023_640



3PR2023_641



3PR2023_642



3PR2023_643



3PR2023_644



3PR2023_645



3PR2023_646