# **Exhibit C**

shutterstock

Home
Generate
Catalog
Create
Account
Help

Editorial image
Search for editorial images

Save Try Download






See more

**Image Description**

Stock Image ID: 14235999n

**Handball - Sporting vs ABC, Lisbon, Portugal - 25 Nov 2023**

Sporting Clube de Portugal hosted ABC this afternoon at

Show more

**Important information**

**Editorial Use Only. Single use in context.** Geographic restrictions may apply. Learn more.

Interested in using Editorial content for commercial purposes? Our commercial license with Asset Assurance™ may be available to offer the legal coverage and peace of mind you need.

**Image Contributor**

Pedro Rocha/Global Imagens/Atlntico Press/Shutterstock

## Related keywords

Lisbon

Categories: Sports

Date created: November 25, 2023

## More photos from this event

See all



English

**Our company**
About us
Careers
Press/Media
Investor relations
Shutterstock Blog
Pricing
Coupons
Popular searches
Contact us

**Stock Photos and Videos**
Stock photos
Stock videos
Stock vectors
Editorial images
Featured photo collections

**Partner**
Sell your content
Affiliate/Reseller
International reseller
Live assignments
Rights and clearance
Developers

**Legal**
Website Terms of Use
Terms of Service
Privacy policy
Modern Slavery Statement
Patents
Essentials Plan Agreement
Cookie Preferences

**Our Brands**
Pond5
PremiumBeat
TurboSquid
Giphy

**Innovation**
Shutterstock.AI
Generative 3D API
AI image generator
AI style types
Color palette generator
Shutterstock mobile app
iOS app
Android app

© 2003-2025 Shutterstock, Inc.

shutterstock

Home
Generate
Catalog
Create
Account
Help

Editorial image | Search for editorial images

Save | Try | Download





See more

**Image Description**

Stock Image ID: 14235999h

**Handball - Sporting vs ABC, Lisbon, Portugal - 25 Nov 2023**

Sporting Clube de Portugal hosted ABC this afternoon at

Show more

**Important information**

**Editorial Use Only. Single use in context.** Geographic restrictions may apply. Learn more.

Interested in using Editorial content for commercial purposes? Our commercial license with Asset Assurance™ may be available to offer the legal coverage and peace of mind you need.

**Image Contributor**

Pedro Rocha/Global Imagens/Atlnttico Press/Shutterstock

## Related keywords

Lisbon

Categories: Sports

Date created: November 25, 2023

## More photos from this event

See all



English

**Our company**

- About us
- Careers
- Press/Media
- Investor relations
- Shutterstock Blog
- Pricing
- Coupons
- Popular searches
- Contact us

**Stock Photos and Videos**

- Stock photos
- Stock videos
- Stock vectors
- Editorial images
- Featured photo collections

**Partner**

- Sell your content
- Affiliate/Reseller
- International reseller
- Live assignments
- Rights and clearance
- Developers

**Legal**

- Website Terms of Use
- Terms of Service
- Privacy policy
- Modern Slavery Statement
- Patents
- Essentials Plan Agreement
- Cookie Preferences

**Our Brands**

- Pond5
- PremiumBeat
- TurboSquid
- Giphy

**Innovation**

- Shutterstock.AI
- Generative 3D API
- AI image generator
- AI style types
- Color palette generator
- Shutterstock mobile app
- iOS app
- Android app

© 2003-2025 Shutterstock, Inc.

shutterstock

Home
AI Generate
Catalog
Create
Account
Help

Editorial image | Search for editorial images

Save | Try | Download






See more

**Image Description**

Stock Image ID: 14235999e

**Handball - Sporting vs ABC, Lisbon, Portugal - 25 Nov 2023**

Sporting Clube de Portugal hosted ABC this afternoon at

Show more

**Important information**

**Editorial Use Only. Single use in context.** Geographic restrictions may apply. Learn more.

Interested in using Editorial content for commercial purposes? Our commercial license with Asset Assurance™ may be available to offer the legal coverage and peace of mind you need.

**Image Contributor**

Pedro Rocha/Global Imagens/Atlnttico Press/Shutterstock

## Related keywords

Lisbon

Categories: Sports

Date created: November 25, 2023

## More photos from this event

See all




English

**Our company**

About us
Careers
Press/Media
Investor relations
Shutterstock Blog
Pricing
Coupons
Popular searches
Contact us

**Stock Photos and Videos**

Stock photos
Stock videos
Stock vectors
Editorial images
Featured photo collections

**Partner**

Sell your content
Affiliate/Reseller
International reseller
Live assignments
Rights and clearance
Developers

**Legal**

Website Terms of Use
Terms of Service
Privacy policy
Modern Slavery Statement
Patents
Essentials Plan Agreement
Cookie Preferences

**Our Brands**

Pond5
PremiumBeat
TurboSquid
Giphy

**Innovation**

Shutterstock.AI
Generative 3D API
AI image generator
AI style types
Color palette generator
Shutterstock mobile app
iOS app
Android app

© 2003-2025 Shutterstock, Inc.

shutterstock

Home
Generate
Catalog
Create
Account
Help

Editorial image | Search for editorial images

Save Try Download







**Image Description**

Stock Image ID: 14235999m

**Handball - Sporting vs ABC, Lisbon, Portugal - 25 Nov 2023**

Sporting Clube de Portugal hosted ABC this afternoon at

Show more

**Important information**

**Editorial Use Only. Single use in context.** Geographic restrictions may apply. Learn more.

Interested in using Editorial content for commercial purposes? Our commercial license with Asset Assurance™ may be available to offer the legal coverage and peace of mind you need.

**Image Contributor**

Pedro Rocha/Global Imagens/Atlnttico Press/Shutterstock

## Related keywords

Lisbon

Categories: Sports

Date created: November 25, 2023

## More photos from this event

See all



English

**Our company**
- About us
- Careers
- Press/Media
- Investor relations
- Shutterstock Blog
- Pricing
- Coupons
- Popular searches
- Contact us

**Stock Photos and Videos**
- Stock photos
- Stock videos
- Stock vectors
- Editorial images
- Featured photo collections

**Partner**
- Sell your content
- Affiliate/Reseller
- International reseller
- Live assignments
- Rights and clearance
- Developers

**Legal**
- Website Terms of Use
- Terms of Service
- Privacy policy
- Modern Slavery Statement
- Patents
- Essentials Plan Agreement
- Cookie Preferences

**Our Brands**
- Pond5
- PremiumBeat
- TurboSquid
- Giphy

**Innovation**
- Shutterstock.AI
- Generative 3D API
- AI image generator
- AI style types
- Color palette generator
- Shutterstock mobile app
- iOS app
- Android app

© 2003-2025 Shutterstock, Inc.

shutterstock

Home
Generate
Catalog
Create
Account
Help

Editorial image | Search for editorial images

Save | Try | Download






**Image Description**

Stock Image ID: 14235999p

**Handball - Sporting vs ABC, Lisbon, Portugal - 25 Nov 2023**

Sporting Clube de Portugal hosted ABC this afternoon at

Show more

**Important information**

**Editorial Use Only. Single use in context.** Geographic restrictions may apply. Learn more.

Interested in using Editorial content for commercial purposes? Our commercial license with Asset Assurance™ may be available to offer the legal coverage and peace of mind you need.

**Image Contributor**

Pedro Rocha/Global Imagens/Atlnttico Press/Shutterstock

## Related keywords

Lisbon

Categories: Sports

Date created: November 25, 2023

## More photos from this event

See all




English

**Our company**
- About us
- Careers
- Press/Media
- Investor relations
- Shutterstock Blog
- Pricing
- Coupons
- Popular searches
- Contact us

**Stock Photos and Videos**
- Stock photos
- Stock videos
- Stock vectors
- Editorial images
- Featured photo collections

**Partner**
- Sell your content
- Affiliate/Reseller
- International reseller
- Live assignments
- Rights and clearance
- Developers

**Legal**
- Website Terms of Use
- Terms of Service
- Privacy policy
- Modern Slavery Statement
- Patents
- Essentials Plan Agreement
- Cookie Preferences

**Our Brands**
- Pond5
- PremiumBeat
- TurboSquid
- Giphy

**Innovation**
- Shutterstock.AI
- Generative 3D API
- AI image generator
- AI style types
- Color palette generator
- Shutterstock mobile app
- iOS app
- Android app

© 2003-2025 Shutterstock, Inc.

shutterstock

Home
Generate
Catalog
Create
Account
Help

Editorial image | Search for editorial images

Save | Try | Download











See more

**Image Description**

Stock Image ID: 14235999d

**Handball - Sporting vs ABC, Lisbon, Portugal - 25 Nov 2023**

Sporting Clube de Portugal hosted ABC this afternoon at

Show more

**Important information**

**Editorial Use Only. Single use in context.** Geographic restrictions may apply. Learn more.

Interested in using Editorial content for commercial purposes? Our commercial license with Asset Assurance™ may be available to offer the legal coverage and peace of mind you need.

**Image Contributor**

Pedro Rocha/Global Imagens/Atlnttico Press/Shutterstock

## Related keywords

Lisbon

Categories: Sports

Date created: November 25, 2023

## More photos from this event

See all
















English

**Our company**
- About us
- Careers
- Press/Media
- Investor relations
- Shutterstock Blog
- Pricing
- Coupons
- Popular searches
- Contact us

**Stock Photos and Videos**
- Stock photos
- Stock videos
- Stock vectors
- Editorial images
- Featured photo collections

**Partner**
- Sell your content
- Affiliate/Reseller
- International reseller
- Live assignments
- Rights and clearance
- Developers

**Legal**
- Website Terms of Use
- Terms of Service
- Privacy policy
- Modern Slavery Statement
- Patents
- Essentials Plan Agreement
- Cookie Preferences

**Our Brands**
- Pond5
- PremiumBeat
- TurboSquid
- Giphy

**Innovation**
- Shutterstock.AI
- Generative 3D API
- AI image generator
- AI style types
- Color palette generator
- Shutterstock mobile app
- iOS app
- Android app

© 2003-2025 Shutterstock, Inc.

shutterstock

Home
Generate
Catalog
Create
Account
Help

Editorial image
Search for editorial images

Save Try Download






See more

**Image Description**

Stock Image ID: 14235999q

**Handball - Sporting vs ABC, Lisbon, Portugal - 25 Nov 2023**

Sporting Clube de Portugal hosted ABC this afternoon at

Show more

**Important information**

**Editorial Use Only. Single use in context.** Geographic restrictions may apply. Learn more.

Interested in using Editorial content for commercial purposes? Our commercial license with Asset Assurance™ may be available to offer the legal coverage and peace of mind you need.

**Image Contributor**

Pedro Rocha/Global Imagens/Atlntico Press/Shutterstock

## Related keywords

Lisbon

Categories: Sports

Date created: November 25, 2023

## More photos from this event

See all




English

**Our company**
About us
Careers
Press/Media
Investor relations
Shutterstock Blog
Pricing
Coupons
Popular searches
Contact us

**Stock Photos and Videos**
Stock photos
Stock videos
Stock vectors
Editorial images
Featured photo collections

**Partner**
Sell your content
Affiliate/Reseller
International reseller
Live assignments
Rights and clearance
Developers

**Legal**
Website Terms of Use
Terms of Service
Privacy policy
Modern Slavery Statement
Patents
Essentials Plan Agreement
Cookie Preferences

**Our Brands**
Pond5
PremiumBeat
TurboSquid
Giphy

**Innovation**
Shutterstock.AI
Generative 3D API
AI image generator
AI style types
Color palette generator
Shutterstock mobile app
iOS app
Android app

© 2003-2025 Shutterstock, Inc.

shutterstock

Home
Generate
Catalog
Create
Account
Help

Editorial image
Search for editorial images

Save
Try
Download






See more

**Image Description**

Stock Image ID: 14235999i

**Handball - Sporting vs ABC, Lisbon, Portugal - 25 Nov 2023**

Sporting Clube de Portugal hosted ABC this afternoon at

Show more

**Important information**

**Editorial Use Only. Single use in context.** Geographic restrictions may apply. Learn more.

Interested in using Editorial content for commercial purposes? Our commercial license with Asset Assurance™ may be available to offer the legal coverage and peace of mind you need.

**Image Contributor**

Pedro Rocha/Global Imagens/Atlnttico Press/Shutterstock

## Related keywords

Lisbon

Categories: Sports

Date created: November 25, 2023

## More photos from this event

See all



English

**Our company**
About us
Careers
Press/Media
Investor relations
Shutterstock Blog
Pricing
Coupons
Popular searches
Contact us

**Stock Photos and Videos**
Stock photos
Stock videos
Stock vectors
Editorial images
Featured photo collections

**Partner**
Sell your content
Affiliate/Reseller
International reseller
Live assignments
Rights and clearance
Developers

**Legal**
Website Terms of Use
Terms of Service
Privacy policy
Modern Slavery Statement
Patents
Essentials Plan Agreement
Cookie Preferences

**Our Brands**
Pond5
PremiumBeat
TurboSquid
Giphy

**Innovation**
Shutterstock.AI
Generative 3D API
AI image generator
AI style types
Color palette generator
Shutterstock mobile app
iOS app
Android app

© 2003-2025 Shutterstock, Inc.

shutterstock

Home
Generate
Catalog
Create
Account
Help

Editorial image | Search for editorial images

Save | Try | Download





See more

**Image Description**

Stock Image ID: 14235999g

**Handball - Sporting vs ABC, Lisbon, Portugal - 25 Nov 2023**

Sporting Clube de Portugal hosted ABC this afternoon at

Show more

**Important information**

**Editorial Use Only. Single use in context.** Geographic restrictions may apply. Learn more.

Interested in using Editorial content for commercial purposes? Our commercial license with Asset Assurance™ may be available to offer the legal coverage and peace of mind you need.

**Image Contributor**

Pedro Rocha/Global Imagens/Atlnttico Press/Shutterstock

## Related keywords

Lisbon

Categories: Sports

Date created: November 25, 2023

## More photos from this event

See all



English

**Our company**
- About us
- Careers
- Press/Media
- Investor relations
- Shutterstock Blog
- Pricing
- Coupons
- Popular searches
- Contact us

**Stock Photos and Videos**
- Stock photos
- Stock videos
- Stock vectors
- Editorial images
- Featured photo collections

**Partner**
- Sell your content
- Affiliate/Reseller
- International reseller
- Live assignments
- Rights and clearance
- Developers

**Legal**
- Website Terms of Use
- Terms of Service
- Privacy policy
- Modern Slavery Statement
- Patents
- Essentials Plan Agreement
- Cookie Preferences

**Our Brands**
- Pond5
- PremiumBeat
- TurboSquid
- Giphy

**Innovation**
- Shutterstock.AI
- Generative 3D API
- AI image generator
- AI style types
- Color palette generator
- Shutterstock mobile app
- iOS app
- Android app

© 2003-2025 Shutterstock, Inc.

shutterstock

Home
Generate
Catalog
Create
Account
Help

Editorial image
Search for editorial images

Save
Try
Download







See more

**Image Description**

Stock Image ID: 14235999o

**Handball - Sporting vs ABC, Lisbon, Portugal - 25 Nov 2023**

Sporting Clube de Portugal hosted ABC this afternoon at

Show more

**Important information**

**Editorial Use Only. Single use in context.** Geographic restrictions may apply. Learn more.

Interested in using Editorial content for commercial purposes? Our commercial license with Asset Assurance™ may be available to offer the legal coverage and peace of mind you need.

**Image Contributor**

Pedro Rocha/Global Imagens/Atlnttico Press/Shutterstock

## Related keywords

Lisbon

Categories: Sports

Date created: November 25, 2023

## More photos from this event

See all




English

**Our company**

About us
Careers
Press/Media
Investor relations
Shutterstock Blog
Pricing
Coupons
Popular searches
Contact us

**Stock Photos and Videos**

Stock photos
Stock videos
Stock vectors
Editorial images
Featured photo collections

**Partner**

Sell your content
Affiliate/Reseller
International reseller
Live assignments
Rights and clearance
Developers

**Legal**

Website Terms of Use
Terms of Service
Privacy policy
Modern Slavery Statement
Patents
Essentials Plan Agreement
Cookie Preferences

**Our Brands**

Pond5
PremiumBeat
TurboSquid
Giphy

**Innovation**

Shutterstock.AI
Generative 3D API
AI image generator
AI style types
Color palette generator
Shutterstock mobile app
iOS app
Android app

© 2003-2025 Shutterstock, Inc.

shutterstock

Home
Generate
Catalog
Create
Account
Help

Editorial image
Search for editorial images

Save
Try
Download






See more

**Image Description**

Stock Image ID: 14235999b

**Handball - Sporting vs ABC, Lisbon, Portugal - 25 Nov 2023**

Sporting Clube de Portugal hosted ABC this afternoon at

Show more

**Important information**

**Editorial Use Only. Single use in context.** Geographic restrictions may apply. Learn more.

Interested in using Editorial content for commercial purposes? Our commercial license with Asset Assurance™ may be available to offer the legal coverage and peace of mind you need.

**Image Contributor**

Pedro Rocha/Global Imagens/Atlnttico Press/Shutterstock

## Related keywords

Lisbon

Categories: Sports

Date created: November 25, 2023

## More photos from this event

See all



English

**Our company**
About us
Careers
Press/Media
Investor relations
Shutterstock Blog
Pricing
Coupons
Popular searches
Contact us

**Stock Photos and Videos**
Stock photos
Stock videos
Stock vectors
Editorial images
Featured photo collections

**Partner**
Sell your content
Affiliate/Reseller
International reseller
Live assignments
Rights and clearance
Developers

**Legal**
Website Terms of Use
Terms of Service
Privacy policy
Modern Slavery Statement
Patents
Essentials Plan Agreement
Cookie Preferences

**Our Brands**
Pond5
PremiumBeat
TurboSquid
Giphy

**Innovation**
Shutterstock.AI
Generative 3D API
AI image generator
AI style types
Color palette generator
Shutterstock mobile app
iOS app
Android app

© 2003-2025 Shutterstock, Inc.

shutterstock

Home
Generate
Catalog
Create
Account
Help

Editorial image
Search for editorial images

Save | Try | Download






See more

**Image Description**

Stock Image ID: 14235999a

**Handball - Sporting vs ABC, Lisbon, Portugal - 25 Nov 2023**

Sporting Clube de Portugal hosted ABC this afternoon at

Show more

**Important information**

**Editorial Use Only. Single use in context.** Geographic restrictions may apply. Learn more.

Interested in using Editorial content for commercial purposes? Our commercial license with Asset Assurance™ may be available to offer the legal coverage and peace of mind you need.

**Image Contributor**

Pedro Rocha/Global Imagens/Atlnttico Press/Shutterstock

## Related keywords

Lisbon

Categories: Sports

Date created: November 25, 2023

## More photos from this event

See all



English

**Our company**
- About us
- Careers
- Press/Media
- Investor relations
- Shutterstock Blog
- Pricing
- Coupons
- Popular searches
- Contact us

**Stock Photos and Videos**
- Stock photos
- Stock videos
- Stock vectors
- Editorial images
- Featured photo collections

**Partner**
- Sell your content
- Affiliate/Reseller
- International reseller
- Live assignments
- Rights and clearance
- Developers

**Legal**
- Website Terms of Use
- Terms of Service
- Privacy policy
- Modern Slavery Statement
- Patents
- Essentials Plan Agreement
- Cookie Preferences

**Our Brands**
- Pond5
- PremiumBeat
- TurboSquid
- Giphy

**Innovation**
- Shutterstock.AI
- Generative 3D API
- AI image generator
- AI style types
- Color palette generator
- Shutterstock mobile app
- iOS app
- Android app

© 2003-2025 Shutterstock, Inc.

shutterstock

Home
Generate
Catalog
Create
Account
Help

Editorial image | Search for editorial images

Save | Try | Download






See more

**Image Description**

Stock Image ID: 14235999f

**Handball - Sporting vs ABC, Lisbon, Portugal - 25 Nov 2023**

Sporting Clube de Portugal hosted ABC this afternoon at

Show more

**Important information**

**Editorial Use Only. Single use in context.** Geographic restrictions may apply. Learn more.

Interested in using Editorial content for commercial purposes? Our commercial license with Asset Assurance™ may be available to offer the legal coverage and peace of mind you need.

**Image Contributor**

Pedro Rocha/Global Imagens/Atlntico Press/Shutterstock

## Related keywords

Lisbon

Categories: Sports

Date created: November 25, 2023

## More photos from this event

See all



English

**Our company**
- About us
- Careers
- Press/Media
- Investor relations
- Shutterstock Blog
- Pricing
- Coupons
- Popular searches
- Contact us

**Stock Photos and Videos**
- Stock photos
- Stock videos
- Stock vectors
- Editorial images
- Featured photo collections

**Partner**
- Sell your content
- Affiliate/Reseller
- International reseller
- Live assignments
- Rights and clearance
- Developers

**Legal**
- Website Terms of Use
- Terms of Service
- Privacy policy
- Modern Slavery Statement
- Patents
- Essentials Plan Agreement
- Cookie Preferences

**Our Brands**
- Pond5
- PremiumBeat
- TurboSquid
- Giphy

**Innovation**
- Shutterstock.AI
- Generative 3D API
- AI image generator
- AI style types
- Color palette generator
- Shutterstock mobile app
- iOS app
- Android app

© 2003-2025 Shutterstock, Inc.

shutterstock

Home
Generate
Catalog
Create
Account
Help

Editorial image | Search for editorial images

Save | Try | Download







**Image Description**

Stock Image ID: 14235999c

**Handball - Sporting vs ABC, Lisbon, Portugal - 25 Nov 2023**

Sporting Clube de Portugal hosted ABC this afternoon at

Show more

**Important information**

**Editorial Use Only. Single use in context.** Geographic restrictions may apply. Learn more.

Interested in using Editorial content for commercial purposes? Our commercial license with Asset Assurance™ may be available to offer the legal coverage and peace of mind you need.

**Image Contributor**

Pedro Rocha/Global Imagens/Atlnttico Press/Shutterstock

## Related keywords

Lisbon

Categories: Sports

Date created: November 25, 2023

## More photos from this event

See all



English

**Our company**
About us
Careers
Press/Media
Investor relations
Shutterstock Blog
Pricing
Coupons
Popular searches
Contact us

**Stock Photos and Videos**
Stock photos
Stock videos
Stock vectors
Editorial images
Featured photo collections

**Partner**
Sell your content
Affiliate/Reseller
International reseller
Live assignments
Rights and clearance
Developers

**Legal**
Website Terms of Use
Terms of Service
Privacy policy
Modern Slavery Statement
Patents
Essentials Plan Agreement
Cookie Preferences

**Our Brands**
Pond5
PremiumBeat
TurboSquid
Giphy

**Innovation**
Shutterstock.AI
Generative 3D API
AI image generator
AI style types
Color palette generator
Shutterstock mobile app
iOS app
Android app

© 2003-2025 Shutterstock, Inc.

shutterstock

Home
Generate
Catalog
Create
Account
Help

Editorial image | Search for editorial images

Save | Try | Download





See more

**Image Description**

Stock Image ID: 14258216k

**Benfica training, Seixal, Portugal - 28 Nov 2023**

Sport Lisboa e Benfica trained this afternoon at the club'spus in SeixSeixal, continuing their preparation for tomorrow's

Show more

**Important information**

**Editorial Use Only. Single use in context.** Geographic restrictions may apply. Learn more.

Interested in using Editorial content for commercial purposes? Our commercial license with Asset Assurance™ may be available to offer the legal coverage and peace of mind you need.

**Image Contributor**

Pedro Rocha/Gloabal Imagens/Atlntico Press/Shutterstock

## Related keywords

Seixal

Categories: Sports

Date created: November 28, 2023

## More photos from this event

See all



shutterstock

Home
Generate
Catalog
Create
Account
Help

Editorial image | Search for editorial images

Save | Try | Download







See more

**Image Description**

Stock Image ID: 14258216q

**Benfica training, Seixal, Portugal - 28 Nov 2023**

Sport Lisboa e Benfica trained this afternoon at the club'spus in SeixSeixal, continuing preparation for tomorrow's game agt

Show more

**Important information**

**Editorial Use Only. Single use in context.** Geographic restrictions may apply. Learn more.

Interested in using Editorial content for commercial purposes? Our commercial license with Asset Assurance™ may be available to offer the legal coverage and peace of mind you need.

**Image Contributor**

Pedro Rocha/Gloabal Imagens/Atlntico Press/Shutterstock

## Related keywords

Seixal

Categories: Sports

Date created: November 28, 2023

## More photos from this event

See all




English

**Our company**
About us
Careers
Press/Media
Investor relations
Shutterstock Blog
Pricing
Coupons
Popular searches
Contact us

**Stock Photos and Videos**
Stock photos
Stock videos
Stock vectors
Editorial images
Featured photo collections

**Partner**
Sell your content
Affiliate/Reseller
International reseller
Live assignments
Rights and clearance
Developers

**Legal**
Website Terms of Use
Terms of Service
Privacy policy
Modern Slavery Statement
Patents
Essentials Plan Agreement
Cookie Preferences

**Our Brands**
Pond5
PremiumBeat
TurboSquid
Giphy

**Innovation**
Shutterstock.AI
Generative 3D API
AI image generator
AI style types
Color palette generator
Shutterstock mobile app
iOS app
Android app

© 2003-2025 Shutterstock, Inc.

shutterstock

Home
Generate
Catalog
Create
Account
Help

Editorial image | Search for editorial images

Save | Try | Download





See more

**Image Description**

Stock Image ID: 14258216e

**Benfica training, Seixal, Portugal - 28 Nov 2023**

Sport Lisboa e Benfica trained this afternoon at the club'spus in SeixSeixal, continuing preparation for tomorrow's game agt

Show more

**Important information**

**Editorial Use Only. Single use in context.** Geographic restrictions may apply. Learn more.

Interested in using Editorial content for commercial purposes? Our commercial license with Asset Assurance™ may be available to offer the legal coverage and peace of mind you need.

**Image Contributor**

Pedro Rocha/Gloabal Imagens/Atlntico Press/Shutterstock

## Related keywords

Seixal

Categories: Sports

Date created: November 28, 2023

## More photos from this event

See all




English

**Our company**
About us
Careers
Press/Media
Investor relations
Shutterstock Blog
Pricing
Coupons
Popular searches
Contact us

**Stock Photos and Videos**
Stock photos
Stock videos
Stock vectors
Editorial images
Featured photo collections

**Partner**
Sell your content
Affiliate/Reseller
International reseller
Live assignments
Rights and clearance
Developers

**Legal**
Website Terms of Use
Terms of Service
Privacy policy
Modern Slavery Statement
Patents
Essentials Plan Agreement
Cookie Preferences

**Our Brands**
Pond5
PremiumBeat
TurboSquid
Giphy

**Innovation**
Shutterstock.AI
Generative 3D API
AI image generator
AI style types
Color palette generator
Shutterstock mobile app
iOS app
Android app

© 2003-2025 Shutterstock, Inc.

shutterstock

Home
Generate
Catalog
Create
Account
Help

Editorial image
Search for editorial images

Save
Try
Download





See more

**Image Description**

Stock Image ID: 14258216h

**Benfica training, Seixal, Portugal - 28 Nov 2023**

Sport Lisboa e Benfica trained this afternoon at the club'spus in SeixSeixal, continuing preparation for tomorrow's game agt

Show more

**Important information**

**Editorial Use Only. Single use in context.** Geographic restrictions may apply. Learn more.

Interested in using Editorial content for commercial purposes? Our commercial license with Asset Assurance™ may be available to offer the legal coverage and peace of mind you need.

**Image Contributor**

Pedro Rocha/Gloabal Imagens/Atlntico Press/Shutterstock

## Related keywords

Seixal

Categories: Sports

Date created: November 28, 2023

## More photos from this event

See all



English

**Our company**
About us
Careers
Press/Media
Investor relations
Shutterstock Blog
Pricing
Coupons
Popular searches
Contact us

**Stock Photos and Videos**
Stock photos
Stock videos
Stock vectors
Editorial images
Featured photo collections

**Partner**
Sell your content
Affiliate/Reseller
International reseller
Live assignments
Rights and clearance
Developers

**Legal**
Website Terms of Use
Terms of Service
Privacy policy
Modern Slavery Statement
Patents
Essentials Plan Agreement
Cookie Preferences

**Our Brands**
Pond5
PremiumBeat
TurboSquid
Giphy

**Innovation**
Shutterstock.AI
Generative 3D API
AI image generator
AI style types
Color palette generator
Shutterstock mobile app
iOS app
Android app

© 2003-2025 Shutterstock, Inc.

shutterstock

Home
Generate
Catalog
Create
Account
Help

Editorial image | Search for editorial images

Save | Try | Download






See more

**Image Description**

Stock Image ID: 14258216d

**Benfica training, Seixal, Portugal - 28 Nov 2023**

Sport Lisboa e Benfica trained this afternoon at the club'spus in SeixSeixal, continuing their preparation for tomorrow's

Show more

**Important information**

**Editorial Use Only. Single use in context.** Geographic restrictions may apply. Learn more.

Interested in using Editorial content for commercial purposes? Our commercial license with Asset Assurance™ may be available to offer the legal coverage and peace of mind you need.

**Image Contributor**

Pedro Rocha/Gloabal Imagens/Atlntico Press/Shutterstock

## Related keywords

Seixal

Categories: Sports

Date created: November 28, 2023

## More photos from this event

See all




English

**Our company**
About us
Careers
Press/Media
Investor relations
Shutterstock Blog
Pricing
Coupons
Popular searches
Contact us

**Stock Photos and Videos**
Stock photos
Stock videos
Stock vectors
Editorial images
Featured photo collections

**Partner**
Sell your content
Affiliate/Reseller
International reseller
Live assignments
Rights and clearance
Developers

**Legal**
Website Terms of Use
Terms of Service
Privacy policy
Modern Slavery Statement
Patents
Essentials Plan Agreement
Cookie Preferences

**Our Brands**
Pond5
PremiumBeat
TurboSquid
Giphy

**Innovation**
Shutterstock.AI
Generative 3D API
AI image generator
AI style types
Color palette generator
Shutterstock mobile app
iOS app
Android app

© 2003-2025 Shutterstock, Inc.

shutterstock

Home
Generate
Catalog
Create
Account
Help

Editorial image | Search for editorial images

Save | Try | Download






See more

**Image Description**

Stock Image ID: 14258216i

**Benfica training, Seixal, Portugal - 28 Nov 2023**

Sport Lisboa e Benfica trained this afternoon at the club'spus in SeixSeixal, continuing preparation for tomorrow's game agt

Show more

**Important information**

**Editorial Use Only. Single use in context.** Geographic restrictions may apply. Learn more.

Interested in using Editorial content for commercial purposes? Our commercial license with Asset Assurance™ may be available to offer the legal coverage and peace of mind you need.

**Image Contributor**

Pedro Rocha/Gloabal Imagens/Atlntico Press/Shutterstock

## Related keywords

Seixal

Categories: Sports

Date created: November 28, 2023

## More photos from this event

See all



English

**Our company**
- About us
- Careers
- Press/Media
- Investor relations
- Shutterstock Blog
- Pricing
- Coupons
- Popular searches
- Contact us

**Stock Photos and Videos**
- Stock photos
- Stock videos
- Stock vectors
- Editorial images
- Featured photo collections

**Partner**
- Sell your content
- Affiliate/Reseller
- International reseller
- Live assignments
- Rights and clearance
- Developers

**Legal**
- Website Terms of Use
- Terms of Service
- Privacy policy
- Modern Slavery Statement
- Patents
- Essentials Plan Agreement
- Cookie Preferences

**Our Brands**
- Pond5
- PremiumBeat
- TurboSquid
- Giphy

**Innovation**
- Shutterstock.AI
- Generative 3D API
- AI image generator
- AI style types
- Color palette generator
- Shutterstock mobile app
- iOS app
- Android app

© 2003-2025 Shutterstock, Inc.

shutterstock

Home
Generate
Catalog
Create
Account
Help

Editorial image | Search for editorial images

Save | Try







See more

**Image Description**

Stock Image ID: 14258216l

**Benfica training, Seixal, Portugal - 28 Nov 2023**

Sport Lisboa e Benfica trained this afternoon at the club'spus in SeixSeixal, continuing preparation for tomorrow's game agt

Show more

**Important information**

**Editorial Use Only. Single use in context.** Geographic restrictions may apply. Learn more.

Interested in using Editorial content for commercial purposes? Our commercial license with Asset Assurance™ may be available to offer the legal coverage and peace of mind you need.

**Image Contributor**

Pedro Rocha/Gloabal Imagens/Atlntico Press/Shutterstock

Date created: November 28, 2023

## More photos from this event

See all



shutterstock

Home
Generate
Catalog
Create
Account
Help

Editorial image
Search for editorial images

Save
Try
Download






See more

**Image Description**

Stock Image ID: 14258216s

**Benfica training, Seixal, Portugal - 28 Nov 2023**

Sport Lisboa e Benfica trained this afternoon at the club'spus in SeixSeixal, continuing preparation for tomorrow's game agt

Show more

**Important information**

**Editorial Use Only. Single use in context.** Geographic restrictions may apply. Learn more.

Interested in using Editorial content for commercial purposes? Our commercial license with Asset Assurance™ may be available to offer the legal coverage and peace of mind you need.

**Image Contributor**

Pedro Rocha/Gloabal Imagens/Atlntico Press/Shutterstock

## Related keywords

Seixal

Categories: Sports

Date created: November 28, 2023

## More photos from this event

See all



English

**Our company**
- About us
- Careers
- Press/Media
- Investor relations
- Shutterstock Blog
- Pricing
- Coupons
- Popular searches
- Contact us

**Stock Photos and Videos**
- Stock photos
- Stock videos
- Stock vectors
- Editorial images
- Featured photo collections

**Partner**
- Sell your content
- Affiliate/Reseller
- International reseller
- Live assignments
- Rights and clearance
- Developers

**Legal**
- Website Terms of Use
- Terms of Service
- Privacy policy
- Modern Slavery Statement
- Patents
- Essentials Plan Agreement
- Cookie Preferences

**Our Brands**
- Pond5
- PremiumBeat
- TurboSquid
- Giphy

**Innovation**
- Shutterstock.AI
- Generative 3D API
- AI image generator
- AI style types
- Color palette generator
- Shutterstock mobile app
- iOS app
- Android app

© 2003-2025 Shutterstock, Inc.

shutterstock

Home
Generate
Catalog
Create
Account
Help

Editorial image
Search for editorial images

Save Try Download







See more

**Image Description**

Stock Image ID: 14258216b

**Benfica training, Seixal, Portugal - 28 Nov 2023**

Sport Lisboa e Benfica trained this afternoon at the club'spus in SeixSeixal, continuing preparation for tomorrow's game agt

Show more

**Important information**

**Editorial Use Only. Single use in context.** Geographic restrictions may apply. Learn more.

Interested in using Editorial content for commercial purposes? Our commercial license with Asset Assurance™ may be available to offer the legal coverage and peace of mind you need.

**Image Contributor**

Pedro Rocha/Gloabal Imagens/Atlntico Press/Shutterstock

## Related keywords

Seixal

Categories: Sports

Date created: November 28, 2023

## More photos from this event

See all




English

**Our company**
About us
Careers
Press/Media
Investor relations
Shutterstock Blog
Pricing
Coupons
Popular searches
Contact us

**Stock Photos and Videos**
Stock photos
Stock videos
Stock vectors
Editorial images
Featured photo collections

**Partner**
Sell your content
Affiliate/Reseller
International reseller
Live assignments
Rights and clearance
Developers

**Legal**
Website Terms of Use
Terms of Service
Privacy policy
Modern Slavery Statement
Patents
Essentials Plan Agreement
Cookie Preferences

**Our Brands**
Pond5
PremiumBeat
TurboSquid
Giphy

**Innovation**
Shutterstock.AI
Generative 3D API
AI image generator
AI style types
Color palette generator
Shutterstock mobile app
iOS app
Android app

© 2003-2025 Shutterstock, Inc.

shutterstock

0 Credits Available · Pricing

Images · Video · Music · Editorial · 3D · AI solutions · Business services

Home · Generate · Catalog · Create · Account · Help

Editorial image | Search for editorial images

Save · Try · Download











See more

**Image Description**

Stock Image ID: 14258216a

**Benfica training, Seixal, Portugal - 28 Nov 2023**

Sport Lisboa e Benfica trained this afternoon at the club'spus in SeixSeixal, continuing their preparation for tomorrow's

Show more

**Important information**

**Editorial Use Only. Single use in context.** Geographic restrictions may apply. Learn more.

Interested in using Editorial content for commercial purposes? Our commercial license with Asset Assurance™ may be available to offer the legal coverage and peace of mind you need.

**Image Contributor**

Pedro Rocha/Gloabal Imagens/Atlntico Press/Shutterstock

## Related keywords

Seixal

Categories: Sports

Date created: November 28, 2023

## More photos from this event

See all













English

**Our company**
About us
Careers
Press/Media
Investor relations
Shutterstock Blog
Pricing
Coupons
Popular searches
Contact us

**Stock Photos and Videos**
Stock photos
Stock videos
Stock vectors
Editorial images
Featured photo collections

**Partner**
Sell your content
Affiliate/Reseller
International reseller
Live assignments
Rights and clearance
Developers

**Legal**
Website Terms of Use
Terms of Service
Privacy policy
Modern Slavery Statement
Patents
Essentials Plan Agreement
Cookie Preferences

**Our Brands**
Pond5
PremiumBeat
TurboSquid
Giphy

**Innovation**
Shutterstock.AI
Generative 3D API
AI image generator
AI style types
Color palette generator
Shutterstock mobile app
iOS app
Android app

© 2003-2025 Shutterstock, Inc.

shutterstock

Home
Generate
Catalog
Create
Account
Help

Editorial image
Search for editorial images

Save Try Download






See more

**Image Description**

Stock Image ID: 14258216c

**Benfica training, Seixal, Portugal - 28 Nov 2023**

Sport Lisboa e Benfica trained this afternoon at the club'spus in SeixSeixal, continuing preparation for tomorrow's game agt

Show more

**Important information**

**Editorial Use Only. Single use in context.** Geographic restrictions may apply. Learn more.

Interested in using Editorial content for commercial purposes? Our commercial license with Asset Assurance™ may be available to offer the legal coverage and peace of mind you need.

**Image Contributor**

Pedro Rocha/Gloabal Imagens/Atlntico Press/Shutterstock

## Related keywords

Seixal

Categories: Sports

Date created: November 28, 2023

## More photos from this event

See all



English

**Our company**
- About us
- Careers
- Press/Media
- Investor relations
- Shutterstock Blog
- Pricing
- Coupons
- Popular searches
- Contact us

**Stock Photos and Videos**
- Stock photos
- Stock videos
- Stock vectors
- Editorial images
- Featured photo collections

**Partner**
- Sell your content
- Affiliate/Reseller
- International reseller
- Live assignments
- Rights and clearance
- Developers

**Legal**
- Website Terms of Use
- Terms of Service
- Privacy policy
- Modern Slavery Statement
- Patents
- Essentials Plan Agreement
- Cookie Preferences

**Our Brands**
- Pond5
- PremiumBeat
- TurboSquid
- Giphy

**Innovation**
- Shutterstock.AI
- Generative 3D API
- AI image generator
- AI style types
- Color palette generator
- Shutterstock mobile app
- iOS app
- Android app

© 2003-2025 Shutterstock, Inc.

shutterstock
0 Credits Available · Pricing
Images · Video · Music · Editorial · 3D · AI solutions · Business services
Home · AI Generate · Catalog · Create · Account · Help
Editorial image · Search for editorial images
Save · Try · Download






See more

**Image Description**

Stock Image ID: 14258216m

**Benfica training, Seixal, Portugal - 28 Nov 2023**

Sport Lisboa e Benfica trained this afternoon at the club'spus in SeixSeixal, continuing preparation for tomorrow's game agt

Show more

**Important information**

**Editorial Use Only. Single use in context.** Geographic restrictions may apply. Learn more.

Interested in using Editorial content for commercial purposes? Our commercial license with Asset Assurance™ may be available to offer the legal coverage and peace of mind you need.

**Image Contributor**

Pedro Rocha/Gloabal Imagens/Atlntico Press/Shutterstock

## More photos from this event

See all



shutterstock

Home
Generate
Catalog
Create
Account
Help

Editorial image | Search for editorial images

Save | Try | Download






See more

**Image Description**

Stock Image ID: 14258216n

**Benfica training, Seixal, Portugal - 28 Nov 2023**

Sport Lisboa e Benfica trained this afternoon at the club'spus in SeixSeixal, continuing preparation for tomorrow's game agt

Show more

**Important information**

**Editorial Use Only. Single use in context.** Geographic restrictions may apply. Learn more.

Interested in using Editorial content for commercial purposes? Our commercial license with Asset Assurance™ may be available to offer the legal coverage and peace of mind you need.

**Image Contributor**

Pedro Rocha/Gloabal Imagens/Atlntico Press/Shutterstock

## Related keywords

Seixal

Categories: Sports

Date created: November 28, 2023

## More photos from this event

See all



English

**Our company**
About us
Careers
Press/Media
Investor relations
Shutterstock Blog
Pricing
Coupons
Popular searches
Contact us

**Stock Photos and Videos**
Stock photos
Stock videos
Stock vectors
Editorial images
Featured photo collections

**Partner**
Sell your content
Affiliate/Reseller
International reseller
Live assignments
Rights and clearance
Developers

**Legal**
Website Terms of Use
Terms of Service
Privacy policy
Modern Slavery Statement
Patents
Essentials Plan Agreement
Cookie Preferences

**Our Brands**
Pond5
PremiumBeat
TurboSquid
Giphy

**Innovation**
Shutterstock.AI
Generative 3D API
AI image generator
AI style types
Color palette generator
Shutterstock mobile app
iOS app
Android app

© 2003-2025 Shutterstock, Inc.

shutterstock

Home
Generate
Catalog
Create
Account
Help

Editorial image | Search for editorial images

Save | Try | Download






See more

**Image Description**

Stock Image ID: 14258216o

**Benfica training, Seixal, Portugal - 28 Nov 2023**

Sport Lisboa e Benfica trained this afternoon at the club'spus in SeixSeixal, continuing preparation for tomorrow's game agt

Show more

**Important information**

**Editorial Use Only. Single use in context.** Geographic restrictions may apply. Learn more.

Interested in using Editorial content for commercial purposes? Our commercial license with Asset Assurance™ may be available to offer the legal coverage and peace of mind you need.

**Image Contributor**

Pedro Rocha/Gloabal Imagens/Atlntico Press/Shutterstock

## Related keywords

Seixal

Categories: Sports

Date created: November 28, 2023

## More photos from this event

See all



English

**Our company**

About us
Careers
Press/Media
Investor relations
Shutterstock Blog
Pricing
Coupons
Popular searches
Contact us

**Stock Photos and Videos**

Stock photos
Stock videos
Stock vectors
Editorial images
Featured photo collections

**Partner**

Sell your content
Affiliate/Reseller
International reseller
Live assignments
Rights and clearance
Developers

**Legal**

Website Terms of Use
Terms of Service
Privacy policy
Modern Slavery Statement
Patents
Essentials Plan Agreement
Cookie Preferences

**Our Brands**

Pond5
PremiumBeat
TurboSquid
Giphy

**Innovation**

Shutterstock.AI
Generative 3D API
AI image generator
AI style types
Color palette generator
Shutterstock mobile app
iOS app
Android app

© 2003-2025 Shutterstock, Inc.

shutterstock

Home
Generate
Catalog
Create
Account
Help

Editorial image | Search for editorial images

Save | Try | Download






See more

**Image Description**

Stock Image ID: 14258216f

**Benfica training, Seixal, Portugal - 28 Nov 2023**

Sport Lisboa e Benfica trained this afternoon at the club'spus in SeixSeixal, continuing preparation for tomorrow's game agt

Show more

**Important information**

**Editorial Use Only. Single use in context.** Geographic restrictions may apply. Learn more.

Interested in using Editorial content for commercial purposes? Our commercial license with Asset Assurance™ may be available to offer the legal coverage and peace of mind you need.

**Image Contributor**

Pedro Rocha/Gloabal Imagens/Atlntico Press/Shutterstock

## Related keywords

Seixal

Categories: Sports

Date created: November 28, 2023

## More photos from this event

See all



English

**Our company**

About us
Careers
Press/Media
Investor relations
Shutterstock Blog
Pricing
Coupons
Popular searches
Contact us

**Stock Photos and Videos**

Stock photos
Stock videos
Stock vectors
Editorial images
Featured photo collections

**Partner**

Sell your content
Affiliate/Reseller
International reseller
Live assignments
Rights and clearance
Developers

**Legal**

Website Terms of Use
Terms of Service
Privacy policy
Modern Slavery Statement
Patents
Essentials Plan Agreement
Cookie Preferences

**Our Brands**

Pond5
PremiumBeat
TurboSquid
Giphy

**Innovation**

Shutterstock.AI
Generative 3D API
AI image generator
AI style types
Color palette generator
Shutterstock mobile app
iOS app
Android app

© 2003-2025 Shutterstock, Inc.

shutterstock

Home
Generate
Catalog
Create
Account
Help

Editorial image | Search for editorial images

Save | Try | Download







See more

**Image Description**

Stock Image ID: 14258216g

**Benfica training, Seixal, Portugal - 28 Nov 2023**

Sport Lisboa e Benfica trained this afternoon at the club'spus in SeixSeixal, continuing preparation for tomorrow's game agt

Show more

**Important information**

**Editorial Use Only. Single use in context.** Geographic restrictions may apply. Learn more.

Interested in using Editorial content for commercial purposes? Our commercial license with Asset Assurance™ may be available to offer the legal coverage and peace of mind you need.

**Image Contributor**

Pedro Rocha/Gloabal Imagens/Atlntico Press/Shutterstock

## Related keywords

Seixal

Categories: Sports

Date created: November 28, 2023

## More photos from this event

See all




English

**Our company**
About us
Careers
Press/Media
Investor relations
Shutterstock Blog
Pricing
Coupons
Popular searches
Contact us

**Stock Photos and Videos**
Stock photos
Stock videos
Stock vectors
Editorial images
Featured photo collections

**Partner**
Sell your content
Affiliate/Reseller
International reseller
Live assignments
Rights and clearance
Developers

**Legal**
Website Terms of Use
Terms of Service
Privacy policy
Modern Slavery Statement
Patents
Essentials Plan Agreement
Cookie Preferences

**Our Brands**
Pond5
PremiumBeat
TurboSquid
Giphy

**Innovation**
Shutterstock.AI
Generative 3D API
AI image generator
AI style types
Color palette generator
Shutterstock mobile app
iOS app
Android app

© 2003-2025 Shutterstock, Inc.

shutterstock

Home
Generate
Catalog
Create
Account
Help

Editorial image | Search for editorial images

Save | Try | Download






See more

**Image Description**

Stock Image ID: 14258216r

**Benfica training, Seixal, Portugal - 28 Nov 2023**

Sport Lisboa e Benfica trained this afternoon at the club'spus in SeixSeixal, continuing preparation for tomorrow's game agt

Show more

**Important information**

**Editorial Use Only. Single use in context.** Geographic restrictions may apply. Learn more.

Interested in using Editorial content for commercial purposes? Our commercial license with Asset Assurance™ may be available to offer the legal coverage and peace of mind you need.

**Image Contributor**

Pedro Rocha/Gloabal Imagens/Atlntico Press/Shutterstock

## Related keywords

Seixal

Categories: Sports

Date created: November 28, 2023

## More photos from this event

See all



shutterstock

Home
Generate
Catalog
Create
Account
Help

Editorial image | Search for editorial images

Save | Try | Download











See more

**Image Description**

Stock Image ID: 14258216p

**Benfica training, Seixal, Portugal - 28 Nov 2023**

Sport Lisboa e Benfica trained this afternoon at the club'spus in SeixSeixal, continuing preparation for tomorrow's game agt

Show more

**Important information**

**Editorial Use Only. Single use in context.** Geographic restrictions may apply. Learn more.

Interested in using Editorial content for commercial purposes? Our commercial license with Asset Assurance™ may be available to offer the legal coverage and peace of mind you need.

**Image Contributor**

Pedro Rocha/Gloabal Imagens/Atlntico Press/Shutterstock

## Related keywords

Seixal

Categories: Sports

Date created: November 28, 2023

## More photos from this event

See all














English

**Our company**
About us
Careers
Press/Media
Investor relations
Shutterstock Blog
Pricing
Coupons
Popular searches
Contact us

**Stock Photos and Videos**
Stock photos
Stock videos
Stock vectors
Editorial images
Featured photo collections

**Partner**
Sell your content
Affiliate/Reseller
International reseller
Live assignments
Rights and clearance
Developers

**Legal**
Website Terms of Use
Terms of Service
Privacy policy
Modern Slavery Statement
Patents
Essentials Plan Agreement
Cookie Preferences

**Our Brands**
Pond5
PremiumBeat
TurboSquid
Giphy

**Innovation**
Shutterstock.AI
Generative 3D API
AI image generator
AI style types
Color palette generator
Shutterstock mobile app
iOS app
Android app

© 2003-2025 Shutterstock, Inc.

shutterstock

Home
AI Generate
Catalog
Create
Account
Help

Editorial image | Search for editorial images

Save Try Download





See more

**Image Description**

Stock Image ID: 14258216j

**Benfica training, Seixal, Portugal - 28 Nov 2023**

Sport Lisboa e Benfica trained this afternoon at the club'spus in SeixSeixal, continuing their preparation for tomorrow's

Show more

**Important information**

**Editorial Use Only. Single use in context.** Geographic restrictions may apply. Learn more.

Interested in using Editorial content for commercial purposes? Our commercial license with Asset Assurance™ may be available to offer the legal coverage and peace of mind you need.

**Image Contributor**

Pedro Rocha/Gloabal Imagens/Atlntico Press/Shutterstock

## Related keywords

Seixal

Categories: Sports

Date created: November 28, 2023

## More photos from this event

See all



shutterstock

Home
Generate
Catalog
Create
Account
Help

Editorial image | Search for editorial images

Save Try Download












See more

**Image Description**

Stock Image ID: 14262783h

**Basketball Sporting vs Porto, Lisbon, Portugal - 17 Dec 2023**

Sporting Clube de Portugal hosted Futebol Clube do Porto this afternoon at the Pavilhão João Rocha in Lisbon, in a game counting for the 2023/24 National Basketball Championship.

Pedro N.

Show less

**Important information**

**Editorial Use Only. Single use in context.** Geographic restrictions may apply. Learn more.

Interested in using Editorial content for commercial purposes? Our commercial license with Asset Assurance™ may be available to offer the legal coverage and peace of mind you need.

Date created: December 17, 2023

Categories: Sports

**Image Formats**

4000 × 2664 pixels • JPG

**Image Contributor**

Pedro Rocha/Global Imagens/Atlntico Press/Shutterstock

## Related keywords

Lisbon

Categories: Sports

Date created: December 17, 2023

## More photos from this event

See all







shutterstock

Home
Generate
Catalog
Create
Account
Help

Editorial image
Search for editorial images

Save Try Download

















See more

**Image Description**

Stock Image ID: 14262783i

**Basketball Sporting vs Porto, Lisbon, Portugal - 17 Dec 2023**

Sporting Clube de Portugal hosted Futebol Clube do Porto this

Show more

**Important information**

**Editorial Use Only. Single use in context.** Geographic restrictions may apply. Learn more.

Interested in using Editorial content for commercial purposes? Our commercial license with Asset Assurance™ may be available to offer the legal coverage and peace of mind you need.

**Image Contributor**

Pedro Rocha/Global Imagens/Atlntico Press/Shutterstock

## Related keywords

Lisbon

Categories: Sports

Date created: December 17, 2023

## More photos from this event

See all











English

**Our company**

About us
Careers
Press/Media
Investor relations
Shutterstock Blog
Pricing
Coupons
Popular searches
Contact us

**Stock Photos and Videos**

Stock photos
Stock videos
Stock vectors
Editorial images
Featured photo collections

**Partner**

Sell your content
Affiliate/Reseller
International reseller
Live assignments
Rights and clearance
Developers

**Legal**

Website Terms of Use
Terms of Service
Privacy policy
Modern Slavery Statement
Patents
Essentials Plan Agreement
Cookie Preferences

**Our Brands**

Pond5
PremiumBeat
TurboSquid
Giphy

**Innovation**

Shutterstock.AI
Generative 3D API
AI image generator
AI style types
Color palette generator
Shutterstock mobile app
iOS app
Android app

© 2003-2025 Shutterstock, Inc.

shutterstock

Home
Generate
Catalog
Create
Account
Help

Editorial image | Search for editorial images

Save | Try | Download










See more

**Image Description**

Stock Image ID: 14262783f

**Basketball Sporting vs Porto, Lisbon, Portugal - 17 Dec 2023**

Sporting Clube de Portugal hosted Futebol Clube do Porto this

Show more

**Important information**

**Editorial Use Only. Single use in context.** Geographic restrictions may apply. Learn more.

Interested in using Editorial content for commercial purposes? Our commercial license with Asset Assurance™ may be available to offer the legal coverage and peace of mind you need.

**Image Contributor**

Pedro Rocha/Global Imagens/Atlntico Press/Shutterstock

## Related keywords

Lisbon

Categories: Sports

Date created: December 17, 2023

## More photos from this event

See all








English

**Our company**

About us
Careers
Press/Media
Investor relations
Shutterstock Blog
Pricing
Coupons
Popular searches
Contact us

**Stock Photos and Videos**

Stock photos
Stock videos
Stock vectors
Editorial images
Featured photo collections

**Partner**

Sell your content
Affiliate/Reseller
International reseller
Live assignments
Rights and clearance
Developers

**Legal**

Website Terms of Use
Terms of Service
Privacy policy
Modern Slavery Statement
Patents
Essentials Plan Agreement
Cookie Preferences

**Our Brands**

Pond5
PremiumBeat
TurboSquid
Giphy

**Innovation**

Shutterstock.AI
Generative 3D API
AI image generator
AI style types
Color palette generator
Shutterstock mobile app
iOS app
Android app

© 2003-2025 Shutterstock, Inc.

shutterstock

Home
Generate
Catalog
Create
Account
Help

Editorial image | Search for editorial images

Save | Try






See more

### Image Description

Stock Image ID: 14262783a

**Basketball Sporting vs Porto, Lisbon, Portugal - 17 Dec 2023**

Sporting Clube de Portugal hosted Futebol Clube do Porto this afternoon at the Pavilhão João Rocha in Lisbon, in a game counting for the 2023/24 National Basketball Championship.

Ventura

Show less

### Important information

**Editorial Use Only. Single use in context.** Geographic restrictions may apply. Learn more.

Interested in using Editorial content for commercial purposes? Our commercial license with Asset Assurance™ may be available to offer the legal coverage and peace of mind you need.

Date created: December 17, 2023

Categories: Sports

### Image Formats

4000 × 2664 pixels • JPG

### Image Contributor

Pedro Rocha/Global Imagens/Atlntico Press/Shutterstock

Date created: December 17, 2023

## More photos from this event

See all



English

**Our company**
About us
Careers
Press/Media
Investor relations
Shutterstock Blog
Pricing
Coupons
Popular searches
Contact us

**Stock Photos and Videos**
Stock photos
Stock videos
Stock vectors
Editorial images
Featured photo collections

**Partner**
Sell your content
Affiliate/Reseller
International reseller
Live assignments
Rights and clearance
Developers

**Legal**
Website Terms of Use
Terms of Service
Privacy policy
Modern Slavery Statement
Patents
Essentials Plan Agreement
Cookie Preferences

**Our Brands**
Pond5
PremiumBeat
TurboSquid
Giphy

**Innovation**
Shutterstock.AI
Generative 3D API
AI image generator
AI style types
Color palette generator
Shutterstock mobile app
iOS app
Android app

© 2003-2025 Shutterstock, Inc.

shutterstock

Home
Generate
Catalog
Create
Account
Help

Editorial image | Search for editorial images

Save | Try | Download





See more

### Image Description

Stock Image ID: 14262783k

**Basketball Sporting vs Porto, Lisbon, Portugal - 17 Dec 2023**

Sporting Clube de Portugal hosted Futebol Clube do Porto this afternoon at the Pavilhão João Rocha in Lisbon, in a game counting for the 2023/24 National Basketball Championship.

Ekiyor, Omlid

### Important information

**Editorial Use Only. Single use in context.** Geographic restrictions may apply. Learn more.

Interested in using Editorial content for commercial purposes? Our commercial license with Asset Assurance™ may be available to offer the legal coverage and peace of mind you need.

Date created: December 17, 2023

Categories: Sports

### Image Formats

4000 × 2664 pixels • JPG

### Image Contributor

Pedro Rocha/Global Imagens/Atlntico Press/Shutterstock

Show less

## Related keywords

Lisbon

Categories: Sports

Date created: December 17, 2023

## More photos from this event

See all



English

**Our company**
- About us
- Careers
- Press/Media
- Investor relations
- Shutterstock Blog
- Pricing
- Coupons
- Popular searches
- Contact us

**Stock Photos and Videos**
- Stock photos
- Stock videos
- Stock vectors
- Editorial images
- Featured photo collections

**Partner**
- Sell your content
- Affiliate/Reseller
- International reseller
- Live assignments
- Rights and clearance
- Developers

**Legal**
- Website Terms of Use
- Terms of Service
- Privacy policy
- Modern Slavery Statement
- Patents
- Essentials Plan Agreement
- Cookie Preferences

**Our Brands**
- Pond5
- PremiumBeat
- TurboSquid
- Giphy

**Innovation**
- Shutterstock.AI
- Generative 3D API
- AI image generator
- AI style types
- Color palette generator
- Shutterstock mobile app
- iOS app
- Android app

© 2003-2025 Shutterstock, Inc.

shutterstock

Home
Generate
Catalog
Create
Account
Help

Editorial image | Search for editorial images

Save | Try | Download










See more

**Image Description**

Stock Image ID: 14262783g

**Basketball Sporting vs Porto, Lisbon, Portugal - 17 Dec 2023**

Sporting Clube de Portugal hosted Futebol Clube do Porto this

Show more

**Important information**

**Editorial Use Only. Single use in context.** Geographic restrictions may apply. Learn more.

Interested in using Editorial content for commercial purposes? Our commercial license with Asset Assurance™ may be available to offer the legal coverage and peace of mind you need.

**Image Contributor**

Pedro Rocha/Global Imagens/Atlntico Press/Shutterstock

## Related keywords

Lisbon

Categories: Sports

Date created: December 17, 2023

## More photos from this event

See all








English

**Our company**
- About us
- Careers
- Press/Media
- Investor relations
- Shutterstock Blog
- Pricing
- Coupons
- Popular searches
- Contact us

**Stock Photos and Videos**
- Stock photos
- Stock videos
- Stock vectors
- Editorial images
- Featured photo collections

**Partner**
- Sell your content
- Affiliate/Reseller
- International reseller
- Live assignments
- Rights and clearance
- Developers

**Legal**
- Website Terms of Use
- Terms of Service
- Privacy policy
- Modern Slavery Statement
- Patents
- Essentials Plan Agreement
- Cookie Preferences

**Our Brands**
- Pond5
- PremiumBeat
- TurboSquid
- Giphy

**Innovation**
- Shutterstock.AI
- Generative 3D API
- AI image generator
- AI style types
- Color palette generator
- Shutterstock mobile app
- iOS app
- Android app

© 2003-2025 Shutterstock, Inc.

shutterstock

Home
Generate
Catalog
Create
Account
Help

Editorial image | Search for editorial images

Save | Try | Download






See more

**Image Description**

Stock Image ID: 14262783c

**Basketball Sporting vs Porto, Lisbon, Portugal - 17 Dec 2023**

Sporting Clube de Portugal hosted Futebol Clube do Porto this

Show more

**Important information**

**Editorial Use Only. Single use in context.** Geographic restrictions may apply. Learn more.

Interested in using Editorial content for commercial purposes? Our commercial license with Asset Assurance™ may be available to offer the legal coverage and peace of mind you need.

**Image Contributor**

Pedro Rocha/Global Imagens/Atlntico Press/Shutterstock

## Related keywords

Lisbon

Categories: Sports

Date created: December 17, 2023

## More photos from this event

See all



English

**Our company**

About us
Careers
Press/Media
Investor relations
Shutterstock Blog
Pricing
Coupons
Popular searches
Contact us

**Stock Photos and Videos**

Stock photos
Stock videos
Stock vectors
Editorial images
Featured photo collections

**Partner**

Sell your content
Affiliate/Reseller
International reseller
Live assignments
Rights and clearance
Developers

**Legal**

Website Terms of Use
Terms of Service
Privacy policy
Modern Slavery Statement
Patents
Essentials Plan Agreement
Cookie Preferences

**Our Brands**

Pond5
PremiumBeat
TurboSquid
Giphy

**Innovation**

Shutterstock.AI
Generative 3D API
AI image generator
AI style types
Color palette generator
Shutterstock mobile app
iOS app
Android app

© 2003-2025 Shutterstock, Inc.

shutterstock

Images Video Music Editorial 3D AI solutions Business services

Home
Generate
Catalog
Create
Account
Help

Editorial image | Search for editorial images

Save Try Download











See more

**Image Description**

Stock Image ID: 14262783d

**Basketball Sporting vs Porto, Lisbon, Portugal - 17 Dec 2023**

Sporting Clube de Portugal hosted Futebol Clube do Porto this

Show more

**Important information**

**Editorial Use Only. Single use in context.** Geographic restrictions may apply. Learn more.

Interested in using Editorial content for commercial purposes? Our commercial license with Asset Assurance™ may be available to offer the legal coverage and peace of mind you need.

**Image Contributor**

Pedro Rocha/Global Imagens/Atlntico Press/Shutterstock

## Related keywords

Lisbon

Categories: Sports

Date created: December 17, 2023

## More photos from this event

See all








English

**Our company**

About us
Careers
Press/Media
Investor relations
Shutterstock Blog
Pricing
Coupons
Popular searches
Contact us

**Stock Photos and Videos**

Stock photos
Stock videos
Stock vectors
Editorial images
Featured photo collections

**Partner**

Sell your content
Affiliate/Reseller
International reseller
Live assignments
Rights and clearance
Developers

**Legal**

Website Terms of Use
Terms of Service
Privacy policy
Modern Slavery Statement
Patents
Essentials Plan Agreement
Cookie Preferences

**Our Brands**

Pond5
PremiumBeat
TurboSquid
Giphy

**Innovation**

Shutterstock.AI
Generative 3D API
AI image generator
AI style types
Color palette generator
Shutterstock mobile app
iOS app
Android app

© 2003-2025 Shutterstock, Inc.

shutterstock

Home
Generate
Catalog
Create
Account
Help

Editorial image | Search for editorial images

Save | Try | Download





See more

**Image Description**

Stock Image ID: 14262783j

**Basketball Sporting vs Porto, Lisbon, Portugal - 17 Dec 2023**

Sporting Clube de Portugal hosted Futebol Clube do Porto this afternoon at the Pavilhão João Rocha in Lisbon, in a game counting for the 2023/24 National Basketball Championship.

Lovett Jr

**Important information**

**Editorial Use Only. Single use in context.** Geographic restrictions may apply. Learn more.

Interested in using Editorial content for commercial purposes? Our commercial license with Asset Assurance™ may be available to offer the legal coverage and peace of mind you need.

Date created: December 17, 2023

Categories: Sports

**Image Formats**

4000 × 2663 pixels • JPG

**Image Contributor**

Pedro Rocha/Global Imagens/Atlntico Press/Shutterstock

Show less

## Related keywords

Lisbon

Categories: Sports

Date created: December 17, 2023

## More photos from this event

See all











shutterstock

Home
Generate
Catalog
Create
Account
Help

Editorial image | Search for editorial images

Save | Try | Download






See more

**Image Description**

Stock Image ID: 14262783b

**Basketball Sporting vs Porto, Lisbon, Portugal - 17 Dec 2023**

Sporting Clube de Portugal hosted Futebol Clube do Porto this

Show more

**Important information**

**Editorial Use Only. Single use in context.** Geographic restrictions may apply. Learn more.

Interested in using Editorial content for commercial purposes? Our commercial license with Asset Assurance™ may be available to offer the legal coverage and peace of mind you need.

**Image Contributor**

Pedro Rocha/Global Imagens/Atlntico Press/Shutterstock

## Related keywords

Lisbon

Categories: Sports

Date created: December 17, 2023

## More photos from this event

See all













English

**Our company**
About us
Careers
Press/Media
Investor relations
Shutterstock Blog
Pricing
Coupons
Popular searches
Contact us

**Stock Photos and Videos**
Stock photos
Stock videos
Stock vectors
Editorial images
Featured photo collections

**Partner**
Sell your content
Affiliate/Reseller
International reseller
Live assignments
Rights and clearance
Developers

**Legal**
Website Terms of Use
Terms of Service
Privacy policy
Modern Slavery Statement
Patents
Essentials Plan Agreement
Cookie Preferences

**Our Brands**
Pond5
PremiumBeat
TurboSquid
Giphy

**Innovation**
Shutterstock.AI
Generative 3D API
AI image generator
AI style types
Color palette generator
Shutterstock mobile app
iOS app
Android app

© 2003-2025 Shutterstock, Inc.

shutterstock

Home
Generate
Catalog
Create
Account
Help

Editorial image | Search for editorial images

Save | Try | Download












See more

**Image Description**

Stock Image ID: 14262783l

**Basketball Sporting vs Porto, Lisbon, Portugal - 17 Dec 2023**

Sporting Clube de Portugal hosted Futebol Clube do Porto this afternoon at the Pavilhão João Rocha in Lisbon, in a game counting for the 2023/24 National Basketball Championship.

Ekiyor

Show less

**Important information**

**Editorial Use Only. Single use in context.** Geographic restrictions may apply. Learn more.

Interested in using Editorial content for commercial purposes? Our commercial license with Asset Assurance™ may be available to offer the legal coverage and peace of mind you need.

Date created: December 17, 2023

Categories: Sports

**Image Formats**

4000 × 2663 pixels • JPG

**Image Contributor**

Pedro Rocha/Global Imagens/Atlntico Press/Shutterstock

## Related keywords

Lisbon

Categories: Sports

Date created: December 17, 2023

## More photos from this event

See all







shutterstock

Home
Generate
Catalog
Create
Account
Help

Editorial image
Search for editorial images

Save  Try  [redacted]





See more

**Image Description**

Stock Image ID: 14262783e

**Basketball Sporting vs Porto, Lisbon, Portugal - 17 Dec 2023**

Sporting Clube de Portugal hosted Futebol Clube do Porto this

Show more

**Important information**

**Editorial Use Only. Single use in context.** Geographic restrictions may apply. Learn more.

Interested in using Editorial content for commercial purposes? Our commercial license with Asset AssuranceTM may be available to offer the legal coverage and peace of mind you need.

**Image Contributor**

Pedro Rocha/Global Imagens/Atlntico Press/Shutterstock

Date created: December 17, 2023

## More photos from this event

See all











English

**Our company**
- About us
- Careers
- Press/Media
- Investor relations
- Shutterstock Blog
- Pricing
- Coupons
- Popular searches
- Contact us

**Stock Photos and Videos**
- Stock photos
- Stock videos
- Stock vectors
- Editorial images
- Featured photo collections

**Partner**
- Sell your content
- Affiliate/Reseller
- International reseller
- Live assignments
- Rights and clearance
- Developers

**Legal**
- Website Terms of Use
- Terms of Service
- Privacy policy
- Modern Slavery Statement
- Patents
- Essentials Plan Agreement
- Cookie Preferences

**Our Brands**
- Pond5
- PremiumBeat
- TurboSquid
- Giphy

**Innovation**
- Shutterstock.AI
- Generative 3D API
- AI image generator
- AI style types
- Color palette generator
- Shutterstock mobile app
- iOS app
- Android app

© 2003-2025 Shutterstock, Inc.