UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PEDRO ROCHA and GONCALO DELGADO FERNANDES, :

Plaintiffs, :

-against- : 26 Civ. 5552 (LJL)(JW)

SHUTTERSTOCK, INC., :

Defendant. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**AMENDED COMPLAINT**

Plaintiffs Pedro Rocha ("Rocha") and Goncalo Delgado Fernandes ("Delgado") (jointly, the "Photographers"), by their undersigned attorneys, for their amended complaint against defendant Shutterstock, Inc. ("Shutterstock"), allege:

**Nature of the Action**

1. The Photographers are bringing this action because Shutterstock has infringed at least 45 of Rocha's registered copyrights in his photographs, and at least 139 of Delgado's registered copyrights in his photographs, in violation of 17 U.S.C. § 501.

**The Parties to this Action**

2. The Photographers are natural persons, and citizens and residents of the nation of Portugal. They are distinguished photographers, and have had their works published in global news outlets. For example, Rocha's work has been published in *The Wall Street Journal*, and Delgado's works have been published in *National Geographic*, *The Wall Street Journal*, *The Guardian*, and *NBC (USA) News*.

3. Shutterstock is a Delaware corporation, with its principal place of business in New York, New York. Shutterstock is a content agency that maintains a library of over 450 million images, serving customers in over 150 countries.

## Jurisdiction and Venue

4. The Court has subject matter jurisdiction over the Photographers' claims in this action pursuant to 28 U.S.C. §§ 1331 and 1338 because those claims arise under the Copyright Act.

5. Venue in this Court is proper under 28 U.S.C. § 1391.

6. This Court has personal jurisdiction over Shutterstock pursuant to New York CPLR § 301 because, among other things, Shutterstock has its principal place of business in New York, New York.

7. Joinder is proper because, upon information and belief, each of the Photographers' infringement claims arise from the dealings between both Shutterstock and the global news photography agencies (i) Global Noticias – Agencia De Informacao E Imagens, S.A. ("Global Imagens"), and (ii) Atlantico Presse, Comunicacao e Imagem, Lda. ("Atlantico Press").

## Background of this Action

### A. Rocha's Copyrights

8. Rocha trained at the Portuguese Institute of Photography in Oporto and the Black Camera in Bilbao, Spain.

9. Currently, Rocha works as a freelancer, taking assignments from news agencies, magazines, and newspapers.

10. From approximately 2011 through 2024, Rocha's work included freelance assignments for the Portuguese-based company Global Imagens. As a freelance photojournalist,

Rocha personally bought and paid for his photographic equipment, including cameras and lenses, without expecting or receiving any reimbursement.

11. Between November 2, 2023, and December 17, 2023, Rocha created 646 photographs which Rocha registered with the United States Copyright Office and for which he has received from the Register of Copyrights Certificate of Copyright Registration VA-2-403-072, effective February 28, 2024 (the "'072 Registration"). A copy of the '072 Registration is attached as Exhibit A. Thumbnails of the 646 deposits for the '072 Registration are attached as Exhibit B. (The copyrights that are the subject of the '072 Registration are collectively the "Rocha Registered Copyrights.")

**B. <u>Delgado's Copyrights</u>**

12. Delgado trained at the Portuguese institute of Photography. Delgado is a six-time winner of the Estacao Imagem International Photojournalism Award under different categories, including "Photojournalist of the Year" in 2021, and placed "Third World Place" in the Portrait category in the 2013 Nikon International Photo Contest.

13. Currently, Delgado works as a freelancer, taking assignments from news agencies, magazines, and newspapers.

14. From approximately 2013 through 2024, Delgado's work included freelance assignments for Global Imagens. As a freelance photojournalist, Delgado personally bought and paid for his photographic equipment, including cameras and lenses, without expecting or receiving any reimbursement.

15. Between December 3, 2023, and December 21, 2023, Delgado created 233 photographs which Delgado has registered with the United States Copyright Office and received from the Register of Copyrights Certificate of Copyright Registration VA 2-403-242, effective February 27, 2024 (the "'242 Registration"). A copy of the '242 Registration is attached as

Exhibit C. Sample thumbnails of the 233 deposits for the ‘242 Registration are attached as Exhibit D.

16. Between January 5, 2024, and February 18, 2024, Delgado created 386 photographs which Delgado registered with the United States Copyright Office and for which he has received from the Register of Copyrights Certificate of Copyright Registration VA 2-403-276, effective February 27, 2024 (the "‘276 Registration"). A copy of the ‘276 Registration is attached as Exhibit E. Thumbnails of the 386 deposits for the ‘276 Registration are attached as Exhibit F. (The copyrights that are the subject of the ‘242 Registration, and the ‘276 Registration are collectively the "Delgado Registered Copyrights.") (The Rocha Registered Copyrights and the Delgado Registered Copyrights are jointly the "Photographers' Registered Copyrights".)

**C. Global Imagens' Limited License to Use The Photographers' Registered Copyrights**

17. While the Photographers provided copies of the photographs that are the subject of the Photographers' Registered Copyrights to Global Imagens, the Photographers did not transfer their rights in the Photographers' Registered Copyrights to Global Imagens.

18. While the Photographers understood that Global Imagens would make the photographs that the Photographers each created available for a limited time to Global Imagens' end users, through Global Imagens' website, the Photographers understood that, under Portuguese law, absent a legally sufficient writing to the contrary, the Photographers would own the copyright in the photographs they created for Global Imagens.

19. Pursuant to Fed. R. Civ. P. 44.1, under Portuguese law, specifically Articles 11 and 13 of the Portuguese Copyright and Related Rights Code, the Photographers owned the copyright in those more than 1,265 photographs upon their creation because no written agreement, or other written transfer, provided that Global Imagens would own them. Article 11, as machine translated, provides "The copyright belongs to the intellectual creator of the work, unless

expressly provided otherwise." Article 13, as machine translated, provides "Whoever subsidizes or finances in any way, totally or partially, the preparation, conclusion, publication or disclosure of a work does not acquire for that fact, unless otherwise agreed in writing, any of the powers included in copyright."

20. Pursuant to Fed R. Civ. P. 44.1, Portuguese law protected copyright owners from the unintended assignment of their copyrights. Under Clause 8 of Article 44 of the Portuguese Copyright and Related Rights Code, Rocha had the right to avoid any assignment of these copyrights except "by public deed, identifying the work and stating the agreed price, under penalty of nullity."

**D. <u>Global Imagens' Unauthorized Distribution To Atlantico Press</u>**

21. The Photographers did not authorize Global Imagens to sublicense any photography database entities, including the Portuguese photography database entity Atlantico Press or Shutterstock, to copy, publicly display, or distribute the photographs that are the subject of the Photographers' Registered Copyrights.

22. Upon information and belief, Global Imagens indirectly distributed a vast database of photographs to Shutterstock by entering into an agreement through which Global Imagens purported to license the photographs to Atlantico Press, and Atlantico Press purported to license the photographs to Shutterstock (the "Global Imagens/Atlantico Press/Shutterstock Contracts").

23. Upon information and belief, the Global Imagens/Atlantico Press/Shutterstock Contracts included at least some of the photographs that are the subject of the Photographers' Registered Copyrights.

24. Upon information and belief, Shutterstock employs individuals to review and curate its database of photographs, including certain photographs that are the subject of the Photographers' Registered Copyrights, to ensure the photographs meet certain artistic and

journalistic standards, and contain subject matter that Shutterstock believes will be of value to its customers.

**E. <u>Shutterstock's Infringing Use of The Photographers' Photographs</u>**

25. Shutterstock has, without authorization, reproduced, publicly displayed on the Internet, and offered for sale, through its website, licenses for, and copies of, at least 45 of the photographs that are the subject of the Rocha Registered Copyrights. A copy of screenshots of the Shutterstock website displaying 45 of the photographs that are the subject of the '072 Registration is attached as Exhibit G. Of the 45 screenshots in Exhibit G, 12 are for photographs that Rocha registered in the '072 Registration within 90 days of publication.

26. Shutterstock has, without authorization, reproduced, publicly displayed on the Internet, and offered for sale, through its website, licenses for, and copies of, at least 139 of the photographs that are the subject of the Delgado Registered Copyrights. A copy of screenshots of the Shutterstock website displaying 35 of the photographs that are the subject of the '242 Registration is attached as Exhibit H. All of the screenshots in Exhibit H are for photographs that Delgado registered in the '242 Registration within 90 days of publication. A copy of screenshots of the Shutterstock website displaying 104 of the photographs that are the subject of the '276 Registration is attached as Exhibit I. All of the screenshots in Exhibit I are for photographs that Delgado registered in the '276 Registration within 90 days of publication.

27. Upon information and belief, Shutterstock has sold a license for, or a copy of, at least one of the photographs that are the subject of the Photographers' Registered Copyrights to other third parties, whose identities and locations are currently unknown to the Photographers.

**A CLAIM FOR RELIEF**
**(Copyright Infringement)**

28. Rocha incorporates by reference each allegation contained in paragraphs 1 through 27 as if set forth in full.

29. Rocha owns the Rocha Registered Copyrights.

30. Delgado owns the Delgado Registered Copyrights.

31. The Photographers' Registered Copyrights are valid and enforceable.

32. The '072 Registration, the '242 Registration, and the '276 Registration are valid and enforceable.

33. Upon information and belief, Shutterstock infringed certain of the Rocha Registered Copyrights by making, publicly displaying and/or distributing a copy of at least 45 of the photographs that are the subject of the Rocha Registered Copyrights in connection with offering to sell, on its website, a license in violation of 17 U.S.C. § 106. At least 12 of these Rocha Registered Copyrights were registered within three months of their first publication, and therefore eligible for any award of statutory damages, consistent with 17 U.S.C. § 412.

34. Upon information and belief, Shutterstock has infringed certain of the Delgado Registered Copyrights by making, publicly displaying and/or distributing a copy of at least 139 of the photographs that are the subject of the Delgado Registered Copyrights in connection with offering to sell, on its website, a license in violation of 17 U.S.C. § 106. All of these at least 139 Delgado Registered Copyrights were registered within three months of their first publication, and therefore eligible for any award of statutory damages, consistent with 17 U.S.C. § 412.

35. Shutterstock's use of the Photographers' Registered Copyrights is not a "fair use" within the meaning of 17 U.S.C. § 107 because, among other reasons, the use by Shutterstock (a)

is for commercial purposes and (b) impairs the market for the Photographers' Registered Copyrights.

36. As a direct result of the infringement of the Photographers' Registered Copyrights, the Photographers are entitled, pursuant to 17 U.S.C. § 504(b), to their damages and/or Shutterstock's profits from the infringement. Alternatively, at each of their election, the Photographers are entitled to statutory damages pursuant to 17 U.S.C. § 504(c).

37. The Photographers have no adequate remedy at law for future infringements of the Photographers' Registered Copyrights. The Photographers are therefore entitled to an injunction restraining Shutterstock from further infringing the Photographers' Registered Copyrights.

WHEREFORE, the Photographers demand judgment:

A. Finding that Shutterstock infringed the Photographers' Registered Copyrights in violation of 17 U.S.C. § 106;

B. Enjoining Shutterstock, its officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with any of them, preliminarily and/or permanently, from infringing the Photographers' Registered Copyrights, pursuant to 17 U.S.C. § 501;

C. Awarding the Photographers their damages and/or the profits of Shutterstock or, at each of their election, statutory damages, from the infringement pursuant to 17 U.S.C. § 504;

D. Granting the Photographers their costs, including reasonable attorneys' fees pursuant to 17 U.S.C. § 505;

E. Granting the Photographers pre-judgment interest as allowed by law; and

F. Granting the Photographers such other and further relief as is just and proper.

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, the Photographers hereby demand a trial by jury of all issues in this action that are so triable.

Dated: New York, New York
July 21, 2026

DUNNEGAN & SCILEPPI LLC

By___*s/Laura Scileppi*_________
William Dunnegan (WD9316)
wd@dunnegan.com
Laura Scileppi (LS0114)
ls@dunnegan.com
Attorneys for Plaintiffs
Pedro Rocha
Goncalo Delgado Fernandes
437 Madison Avenue, 24th Floor
New York, New York 10022
(212) 332-8300